# EXHIBIT B

FILED Feb 06 2017 Bronx County Clerk

At an IAS Term, Part 22 of the Supreme Court held in the County of Bronx, in the County Courthouse thereof, City of Bronx, New York, on the 28th day of ~~October~~ January, 20 ~~15~~ 17.

PRESENT: HON. NORMA RUIZ
JUSTICE OF THE SUPREME COURT

-------------------------------------------------------------X

WELLS FARGO BANK, NA

      Plaintiff,

vs.

GEOVANNY LAZALA, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, NEW YORK CITY PARKING VIOLATIONS BUREAU, NEW YORK CITY TRANSIT ADJUDICATION BUREAU, PEOPLE OF THE STATE OF NEW YORK, BASILIO BERNARDEZ, NELSY SANTOS,

      Defendant(s).

-------------------------------------------------------------X

JUDGMENT OF FORECLOSURE AND SALE

INDEX NO.: 380116/13

MORTGAGED PREMISES:
310 EAST 166TH STREET
BRONX, NY 10456

SBL #:
BLOCK 2433 LOT 20

RECEIVED BY:
FEB 0 6 2017
Judgment Department

On the Summons, Complaint and Notice of Pendency of Action duly filed in this action on the 31st day of January, 2013, and all proceedings thereon, and on reading and filing the Affirmation of Regularity of Gross Polowy, LLC, by Steven Rosenfeld, Esq., dated the 28th day of May, 2013, and the Affirmation for Judgment of Foreclosure and Sale of Gross Polowy, LLC, by Tracy M. Fourtner, Esq., dated March 2, 2015, showing that each of the Defendants herein have been duly served with the Summons and Complaint in this action, or have voluntarily appeared by their respective attorneys, and stating that more than the legally required number of days had elapsed since said Defendants were so served and/or appeared; and that none of the Defendants had served any answer to said Complaint, nor had their time to do so been extended, and upon the affidavit of mailing reflecting compliance with CPLR 3215(g)(3)(iii); and that the Plaintiff has complied with New York law regarding RPAPL § 1304 and CPLR 3408; and that the Complaint herein and due Notice of Pendency of this action containing all the particulars required to be stated therein was duly filed in the Office of the Clerk of the County of Bronx on the 31st day of January, 2013, and a Referee having been duly appointed to compute the amount due to the Plaintiff upon the bond/note and mortgage set forth in the Complaint and to examine and report whether the mortgaged premises can be sold in parcels,

FILED Feb 06 2017 Bronx County Clerk

AND, on reading and filing the report of Kim Ramos, Esq., the Referee named in said Order of Reference, by which Report, being dated the 1st day of February, 2015, it appears that the sum of $600,140.49 was due thereon at the date of said Report and that the mortgaged premises cannot be sold in parcels.

NOW, upon proof of due notice of this application upon all parties who had not waived the same,

ON MOTION of Gross Polowy, LLC, attorney for the Plaintiff, it is

ORDERED, ADJUDGED AND DECREED, that the motion is granted; and it is further

ORDERED, ADJUDGED AND DECREED, that the said Report of Kim Ramos, Esq., dated the 1st day of February, 2015 be, and the same is hereby in all respects ratified and confirmed; and it is further

ORDERED, ADJUDGED AND DECREED, that the mortgaged premises described in the Complaint in this action and as hereafter described, or such part thereof as may be sufficient to discharge the mortgage debt, the expenses of the sale and the costs of this action as provided by the Real Property Actions and Proceedings Law be sold, in one parcel, at public auction at the Bronx County Courthouse, Room 600 (~~Ground Floor~~), at 2 P.M. 851 Grand Concourse, City of Bronx, ON ANY MONDAY EXCEPT HOLIDAYS by and under the direction of Kim Ramos, Esq., who is hereby appointed Referee for that purpose, that the said Referee give public notice of the time and place of sale in accordance with RPAPL § 231 in The New York Law Journal AND The Bronx Free Press ~~or in any publication~~ in compliance with RPAPL § 231; and that the Plaintiff or any other party to this action may become the purchaser or purchasers at such sale that in case the Plaintiff shall become the purchaser at the said sale, they shall not be required to make any deposit thereon, that said Referee execute to the purchaser or purchasers on such a sale a deed of the premises sold; that in the event a party other than the Plaintiff becomes the purchaser or purchasers at such sale, the closing of title shall be had thirty days after such sale unless otherwise stipulated by all parties to the sale; and it is further

ORDERED, ADJUDGED AND DECREED, that said Referee on receiving the proceeds of such sale shall forthwith pay therefrom, in accordance with their priority according to law, taxes, assessments, sewer rents or water rates which are or may become liens on the premises at the time of sale with such interest or penalties which may become liens on the premises at the time of sale with such interest or penalties which may have lawfully accrued thereon to the date of payment; and it is further

FILED Feb 06 2017 Bronx County Clerk

ORDERED, ADJUDGED AND DECREED, that the Referee then deposit the balance of said proceeds of sale in her own name as Referee in  CitiBank  and shall thereafter make the following payments and her checks drawn for that purpose shall be paid by said depository.

J.S.C

FIRST: The statutory fees of said Referee, Kim Ramos, Esq., not to exceed the sum of $500.00.

SECOND: The expenses of the sale and the advertising expenses as shown on the bills presented and certified by said Referee to be correct. Duplicate copies of which shall be annexed to the report of sale.

THIRD: Said Referee shall also pay to the Plaintiff or its attorney the sum of $1842.44 adjudged to the Plaintiff for costs and disbursements in this action to be taxed by the clerk and inserted herein, with interest from the date hereof, together with an additional allowance of $0.00 hereby awarded to the Plaintiff in addition to costs with interest thereon from the date hereof, and also the sum of $600,140.49 the said amount so reported due as aforesaid, together with CONTRACTUAL interest thereon from the 8th day of January, 2015 the date the interest was calculated to in said report, TO THE DATE OF ENTRY OF THIS JUDGMENT, WITH LEGAL INTEREST THEREAFTER, or so much thereof as the purchase money of the mortgaged premises will pay of the same, together $1,850.00/100 hereby awarded to the Plaintiff as reasonable legal fees herein, together with any advances as provided for in the note and mortgage, which Plaintiff has made for taxes, insurance, principal and interest and any other charges due to prior mortgages or to maintain the premises pending consummation of this foreclosure sale, not previously included in the computation upon presentation of receipts for said expenditures to the Referee, all together with interest thereon pursuant to the note and mortgage.

J.S.C

FOURTH: If such Referee intends to apply for a further allowance for her fees an application shall be made to the court therefor upon due notice to those parties entitled thereto.

That in case the Plaintiff be the purchaser of said mortgaged premises at said sale, or in the event that the rights of the purchasers at said sale and the terms of sale under this judgment shall be assigned to and be acquired by the Plaintiff, and a valid assignment thereof filed with said Referee, said Referee shall not require the Plaintiff to pay in cash the entire amount bid at said sale, but shall execute and deliver to the Plaintiff or its assignee, a deed or deeds of the premises sold upon the payment to said Referee of the amounts specified above in items marked "FIRST" and "SECOND" and the amounts of the aforesaid taxes, assessments, sewer rents and water rates, with interest and penalties thereon, or in lieu of the payment of said last mentioned amounts, upon filing with said Referee receipts of the proper municipal authorities showing payment thereof, that the balance of the

FILED Feb 06 2017 Bronx County Clerk

amount bid, after deducting therefrom the aforementioned amounts paid by the Plaintiff for Referee's fees, advertising expenses, taxes, assessments, sewer rents and water rates shall be allowed to the Plaintiff and applied by said Referee upon the amounts due to the Plaintiff as specified in item marked "THIRD"; that if after so applying the balance of the amount bid, there shall be a surplus over and above the said amounts due to the Plaintiff, the Plaintiff shall pay to the said Referee, upon delivery to Plaintiff of said Referee's deed, the amount of such surplus: that said Referee on receiving said several amounts from the Plaintiff shall forthwith pay therefrom said taxes, assessments, sewer rents and water rates with interest and penalties thereon, unless the same have already been paid, and shall then deposit the balance.

That said Referee take the receipt of the Plaintiff or Plaintiff's attorney for the amounts paid as hereinbefore directed in item marked "THIRD", and file it with her report of sale; that she deposit the surplus monies, if any, with the Bronx County Clerk within five days after the same shall be received and be ascertainable, to the credit to this action, to be withdrawn only on the order of the Court, signed by a Justice of the Court; that said Referee make her report of such sale under oath showing the deposition of the proceeds of the sale and accompanied by the vouchers of the person to whom the payment were made and file it with the Bronx County Clerk ~~Commissioner of Finance~~ within thirty days after completing the sale and executing the proper conveyance to the purchaser and that if the proceeds of such sale be insufficient to pay the amount reported due the Plaintiff with interest and costs as aforesaid, the Plaintiff shall recover from the Defendants(s) GEOVANNY LAZALA the whole deficiency or so much thereof as the Court may determine to be just and equitable of the residue of the mortgage debt remaining unsatisfied after a sale of the mortgaged premises and the application of the proceeds thereof, provided a motion for a deficiency judgment shall be made as prescribed by section 1371 of the Real Property Actions and Proceedings Law within the time limited therein, and the amount thereof is determined and awarded by an order of this Court as provided for in said section; and it is further

ORDERED, ADJUDGED AND DECREED, that the purchaser or purchasers at such sale be let into possession on production or delivery of the Referee's deed or deeds; and it is further

ORDERED, ADJUDGED AND DECREED, that each and all of the Defendants in this action and all persons claiming under them, or any or either of them, after the filing of such Notice of Pendency of this action, be and they are hereby forever barred and foreclosed of all right, claim, lien, title, interest and equity of

redemption in the said mortgaged premises and each and every part thereof; and it is further

ORDERED, ADJUDGED AND DECREED, that said premises is to be sold in one parcel in "as is" physical order and condition, subject to any state of facts that an inspection of the premises would disclose, any state of facts that an accurate survey of the premises would show; any covenants, restrictions, declarations, reservations, easements, right of way and public utility agreements of record, if any, any building and zoning ordinances of the municipality in which the mortgaged premises is located and possible violations of same, any rights of occupants or persons in possession of the subject premises, prior liens of record, if any, except those liens addressed in section 1354 of the Real Property Actions and Proceedings law, any equity of redemption of the UNITED STATES OF AMERICA to redeem the premises within 120 days from the date of sale.

~~ORDERED, ADJUDGED AND DECREED, that in Absence of the Referee, the Court may designate a Substitute Referee forthwith; and it is further~~

ORDERED, ADJUDGED AND DECREED, that the Referee appointed herein is subject to the requirements of Rule 36.2 (c) of the Chief Judge, and if the Referee is disqualified from receiving an appointment pursuant to the provisions of that Rule, the Referee shall notify the Appointing Judge forthwith; and it is further

ORDERED, ADJUDGED AND DECREED, that a copy of this Judgment and Notice of Entry shall be served upon the owner of the equity of redemption, any occupants named in this action and any other party entitled to notice.

ORDERED, ADJUDGED AND DECREED, that the Plaintiff shall serve a copy of the Notice of Sale on the Ex Parte Office at least ten (10) days prior to the scheduled sale.

Said premises commonly known as 310 EAST 166TH STREET, BRONX, NY 10456. A description of said mortgaged premises is annexed hereto and make a part hereof as Schedule A.

ORDERED, that the Plaintiff shall serve a copy of the Notice of Sale upon the Ex-Parte Office at least ten (10) days prior to the scheduled sale date.

ENTER,

Hon. Norma Ruiz
Justice of the Supreme Court

LUIS M. D. az
COUNTY CLERK
FEB 0 6 2017

CaseGen: 294672

FILED Feb 06 2017 Bronx County Clerk

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
----------------------------------------------------------X
WELLS FARGO BANK, NA

                Plaintiff,

vs.

GEOVANNY LAZALA, NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD, NEW YORK
CITY PARKING VIOLATIONS BUREAU, NEW
YORK CITY TRANSIT ADJUDICATION BUREAU,
PEOPLE OF THE STATE OF NEW YORK,
BASILIO BERNARDEZ, NELSY SANTOS,

                Defendant(s).
----------------------------------------------------------X

**COSTS OF PLAINTIFF**

INDEX NO.: 380116/13

MORTGAGED PREMISES:
310 EAST 166TH STREET
BRONX, NY 10456

SBL #:
BLOCK 2433 LOT 20

*I hereby certify that I have adjusted this bill of costs at $1842.44*
*FEB 06 2017*
*Date / County Clerk*
*Luis M. Diaz*

## COSTS

| | |
|---|---:|
| Costs before Note of Issue - CPLR 8201(1) .............. | $200.00 |
| Allowance by statute - CPLR 8302(a) (b) .............. | |
|     First $200.00 at 10% ................ $20.00 | |
|     Next $800.00 at 5% ................ $40.00 | |
|     Next $2000.00 at 2% ................ $40.00 | |
|     Next $5000.00 at 1% ................ $50.00 | |
| | $150.00 |
| Additional allowance - CPLR 8302(d) ................ | $50.00 |
| Costs on motion - CPLR 8303(a) (1) ................ | $0.00 |

### FEES AND DISBURSEMENTS

| | |
|---|---:|
| Fee for index number - CPLR 8018(a) ................ | $400.00 |
| Referee's fee to compute, per order of the court - CPLR 8003(a) | $250.00 |
| Paid for searches - CPLR 8301(a) (10) ................ | $527.44 |
| Serving copy of Summons and Complaint - CPLR 8301(d) ....... | $0.00 |
| Reproduction costs - CPLR 8301(a)(12) ................ | $0.00 |
| Fees for publication of Summons - CPLR 8301(a)(3) ........ | $0.00 |
| Certified copies of papers - CPLR 8301(a)(4) ............ | $0.00 |
| Request for judicial intervention ................ | $95.00 |
| Clerk's fee for filing of Notice of Pendency - CPLR 8018(d)(6), 8021(a)(10) | $35.00 |
| Skip trace fees ................ | $0.00 |
| Motion fees ................ | $135.00 |
| Note of Issue ................ | $0.00 |
| Total ................ | $1842.44 |

FILED Feb 06 2017 Bronx County Clerk

## ATTORNEY'S AFFIRMATION

The undersigned, Tracy M. Fourtner, Esq., pursuant to CPLR 2106 and under penalties of perjury affirms as follows:

That he is the attorney of record for the Plaintiff in the above captioned action; that the foregoing disbursements have been incurred in this action and are reasonable in amount and that the copies of documents or papers as charged herein were actually and necessarily obtained for use.

DATED: 3-2-15
Amherst, New York.

_____
Tracy M. Fourtner, Esq.

FILED Feb 06 2017 Bronx County Clerk



# INVOICE

Date: 11/02/2012
Invoice/Title #:
Client Reference #:

**Bill to:**
Gross, Polowy and Orlans, LLC
25 Northpointe Parkway
Amherst, New York 14228
Phone: 716-204-1714
Fax: 716-408-9075
Attn: Karleena M. Holovics

| Record Owner | Premises | County |
|---|---|---|
| Geovanny Lazala | 310 East 166th Street<br>Bronx, NY | Bronx |

| Description of Services | Amount |
|---|---|
| Foreclosure Search | $485.00 |
| Sales Tax Rate 8.750% Jurisdiction Code 1451 | $42.44 |
| **Total Amount Due** | **$527.44** |

Please make check payable to:
Advantage Foreclosure
201 Old Country Road, Suite 200
Melville, NY 11747

Please remit payment within 30 days to the above address. If you have any questions regarding payment of this invoice, please contact Diane Striebel at 631.870.1044 or dstriebel@advantagegroupny.com

*Thank you. We appreciate your continued business!*

FILED Feb 06 2017 Bronx County Clerk

| | |
|---|---|
| SUPREME Court State of New York | County of BRONX |
| WELLS FARGO BANK, NA | Index No. 380116/13 |
| Plaintiff, | Year |
| VS. | Cost of Plaintiff |
| GEOVANNY LAZALA, et al. | |
| Defendant(s). | **ALLCOUNTY** |

Attorney for

Plaintiff    fax 716-204-1702
            **NOT FOR SERVICE**

Office, Post Office Address and Telephone
1775 WEHRLE DRIVE, SUITE 100
WILLIAMSVILLE, NY 14221
716-204-1700

Personal Service of the within                                    and of the notice (if any)
hereon endorsed, is admitted this             day of              , 20

                                        Attorney(s) for

Sir:--Please take notice                                    **NOTICE OF ENTRY**
that an                                         of which the within is a copy, was duly granted in the
within entitled action on the     day of       , 20     , and duly entered in the office of the Clerk
of the County of                  on the        day of            , 20
To                                              **GROSS POLOWY, LLC**
Attorney(s) for                                 Attorney for

Sir:--Please take notice                        **NOTICE OF SETTLEMENT**
that an order

of which the within is a true copy will be presented for settlement to the Hon.
one of the judges of the within named Court, at
on the            day of              , 20
To                                              **GROSS POLOWY, LLC**
Attorney(s) for                                 Attorney for

STATE OF NEW YORK, COUNTY OF                    SS.:    **AFFIDAVIT OF SERVICE BY MAIL**
                                                being duly sworn, deposes and says; deponent is not a party to the action,
is over 18 years of age and resides at
On                          , 20      , deponent served the within
upon
attorney(s) for                          in this action, at
                                                the address, designated by said attorney(s) for that purpose by depositing a
true copy of same enclosed in a post-paid properly addressed wrapper, in--a post office--official depository under the exclusive care and custody
of the United States Postal Service within the State of New York.
Sworn to before me, this         day of              , 20

Notary Public, Commissioner of Deeds

FILED Feb 06 2017 Bronx County Clerk

## ADVANTAGE FORECLOSURE SERVICES, INC.

Title N[REDACTED]

### SCHEDULE A
### DESCRIPTION

**Block 2433 and Lot 20**

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in County of the Bronx, State of New York, bounded and described as follows:

BEGINNING at a point on 79.76 feet Westerly from the Westerly side of Findlay Avenue along the Southerly side of East 166th Street;

RUNNING THENCE Southerly, at right angle to the last course and parallel to Findlay Avenue, and partially through a party wall, 51 feet to a point;

THENCE Westerly, at right angle to the last course and parallel to East 166th Street, 19.94 feet to a point;

THENCE Northerly, at right angle to the last course and parallel with Findlay Avenue, 51 feet to a point;

THENCE Easterly, at right angle to the last course and parallel to East 166th Street, 19.94 feet to the point or place of BEGINNING.

**Premises known as 310 East 166th Street, Bronx, New York**

FILED Feb 06 2017 Bronx County Clerk

State of New York    SUPREME    Court    County of **BRONX**

**WELLS FARGO BANK, NA**

Index No.

**380116/13**

Year

Plaintiff,

vs.

Judgment of Foreclosure and Sale

**GEOVANNY LAZALA, et al.**

Defendant(s).

**ALLCOUNTY**

*Attorney for*

**Plaintiff**

*Office, Post Office Address and Telephone*
1775 WEHRLE DRIVE, SUITE 100
WILLIAMSVILLE, NY 14221
716-204-1700

fax 716-204-1702
**NOT FOR SERVICE**

---

Personal Service of the within hereon endorsed, is admitted this          day of          , 20          and of the notice (if any)

Attorney(s) for

---

Sir:--Please take notice that an within entitled action on the          day of          on the of the County of
To
Attorney(s) for

**NOTICE OF ENTRY**
of which the within is a copy, was duly granted in the          , 20          , and duly entered in the office of the Clerk day of          , 20

GROSS POLOWY, LLC
*Attorney for*

---

Sir:--Please take notice that an order

**NOTICE OF SETTLEMENT**

of which the within is a true copy will be presented for settlement to the Hon.
one of the judges of the within named Court, at
on the          day of          , 20
To
Attorney(s) for

GROSS POLOWY, LLC
*Attorney for*

Judgment entered b.M.C. on FEB 0 6 2017

---

STATE OF NEW YORK, COUNTY OF                    SS.:    AFFIDAVIT OF SERVICE BY MAIL
being duly sworn, deposes and says; deponent is not a party to the action,
is over 18 years of age and resides at
On          , 20          , deponent served the within
upon
attorney(s) for          in this action, at
the address, designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in--a post office--official depository under the exclusive care and custody of the United States Postal Service within the State of New York.
Sworn to before me, this          day of          , 20