# EXHIBIT C

DebtEd, CLOSED, MDisCs

## U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Bankruptcy Petition #: 18-10294-cgm

Date filed: 02/04/2018
Date terminated: 05/10/2018
Debtor dismissed: 04/17/2018
341 meeting: 05/25/2018

Assigned to: Judge Cecelia G. Morris
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Other Reason

*Debtor*
**Geovanny Lazala**
310 East 166th Street, Apartment 2
Bronx, NY 10456
BRONX-NY
SSN / ITIN: xxx-xx-1668

represented by **Kenneth Rosellini**
636A Van Houten Avenue
Clifton, NJ 07013
(973) 998-8375
Fax : (973) 998-8376
Email: kennethrosellini@gmail.com

*Trustee*
**Krista M. Preuss**
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603
(914) 328-6333
Tax ID / EIN: 82-3912823

represented by **Krista M. Preuss**
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603
(914) 328-6333
Fax : (914) 328-7299
Email: info@ch13kp.com

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 02/04/2018 | 1 (8 pgs) | Chapter 13 Voluntary Petition for Individual. Order for Relief Entered. Section 521(i) Incomplete Filing Date: 03/21/2018. Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period - Form 122C-1 Due 02/20/2018 Means Test Calculation Form 122C-2 Due: 02/20/2018. Schedule A/B due 02/20/2018. Schedule C due 02/20/2018. Schedule D due 02/20/2018. Schedule E/F due 02/20/2018. Schedule G due 02/20/2018. Schedule H due 02/20/2018. Schedule I due 02/20/2018. Schedule J-2 due 02/20/2018. Summary of Assets and Liabilities due 02/20/2018. Statement of Financial Affairs due 02/20/2018. Atty Disclosure State. due 02/20/2018. Chapter 13 Model Plan due 02/20/2018. Declaration of Schedules due 02/20/2018. List of all creditors due 02/20/2018. Incomplete Filings due by 02/20/2018, Filed by Kenneth Rosellini on behalf of Geovanny Lazala. (Rosellini, Kenneth) (Entered: 02/04/2018) |

| | | |
|---|---|---|
| 02/04/2018 | 2 (1 pg) | Certificate of Credit Counseling. Certificate Number[s]: 12459-NYS-CC-030519410 Filed by Kenneth Rosellini on behalf of Geovanny Lazala. (Rosellini, Kenneth) (Entered: 02/04/2018) |
| 02/05/2018 | 3 (2 pgs; 2 docs) | Deficiency Notice (Ramos, Jonathan). (Entered: 02/05/2018) |
| 02/05/2018 | 4 (3 pgs; 2 docs) | Chapter 13 341(a) Notice with 341(a) meeting to be held on 3/23/2018 at 10:00 AM at Office of UST (One Bowling Green, Fifth Floor, Room 511). with Confirmation hearing to be held on 4/12/2018 at 01:15 PM at Courtroom 617 Last day to object to dischargeability of a debt is 5/22/2018. Last day to Object to Confirmation 4/2/2018, Proofs of Claim due by 4/16/2018, (Ramos, Jonathan). (Entered: 02/05/2018) |
| 02/07/2018 | 5 (3 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 4)) . Notice Date 02/07/2018. (Admin.) (Entered: 02/08/2018) |
| 02/07/2018 | 6 (2 pgs) | Certificate of Mailing Re: Deficiency Notice (related document(s) (Related Doc # 3)) . Notice Date 02/07/2018. (Admin.) (Entered: 02/08/2018) |
| 02/17/2018 | | Receipt of Voluntary Petition (Chapter 13)(18-10294) [misc,1161] ( 310.00) Filing Fee. Receipt number 12439195. Fee amount 310.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 02/17/2018) |
| 02/20/2018 | 7 (3 pgs; 2 docs) | Motion to Extend Deadline to File Schedules or Provide Required Information filed by Kenneth Rosellini on behalf of Geovanny Lazala. (Attachments: # 1 Proposed Order) (Rosellini, Kenneth) (Entered: 02/20/2018) |
| 03/09/2018 | 8 | Notice of Hearing *to consider the Motion to Extend Deadline to File Schedules or Provide Required Information filed by Kenneth Rosellini on behalf of Geovanny Lazala* (related document(s)7) filed by Clerk of Court, United States Bankruptcy Court, SDNY. with hearing to be held on 4/12/2018 at 09:30 AM at Courtroom 617 (Fredericks, Frances) (Entered: 03/09/2018) |
| 03/27/2018 | 9 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 5/25/2018 at 12:00 PM at Office of UST (One Bowling Green, Fifth Floor, Room 511). (Preuss, Krista) (Entered: 03/27/2018) |
| 03/28/2018 | 10 (6 pgs) | Motion to Dismiss Case filed by Krista M. Preuss on behalf of Krista M. Preuss with hearing to be held on 4/12/2018 at 01:15 PM at Courtroom 617. (Preuss, Krista) (Entered: 03/28/2018) |
| 04/02/2018 | 11 (1 pg) | Notice of Appearance filed by Courtney R Williams on behalf of Wells Fargo Bank, N.A.. (Williams, Courtney) (Entered: 04/02/2018) |
| 04/11/2018 | 12 (1 pg) | Motion to Dismiss Case *Voluntarily* filed by Kenneth Rosellini on behalf of Geovanny Lazala. (Rosellini, Kenneth) (Entered: 04/11/2018) |
| 04/17/2018 | 13 (3 pgs; 3 docs) | Order for Voluntary Dismissal (Related Doc # 12) signed on 4/16/2018. (DeCicco, Vincent) (Entered: 04/17/2018) |

| | | |
|---|---|---|
| 04/18/2018 | | Pending Deadlines Terminated Re: Filing Deficiencies; Case Dismissed. (DeCicco, Vincent). (Entered: 04/18/2018) |
| 04/19/2018 | 14 (2 pgs) | Certificate of Mailing Re: Order to Dismiss (related document(s) (Related Doc # 13)) . Notice Date 04/19/2018. (Admin.) (Entered: 04/20/2018) |
| 05/07/2018 | 15 (4 pgs) | Chapter 13 Trustee's Final Report and Account . (Preuss, Krista) (Entered: 05/07/2018) |
| 05/10/2018 | 16 (2 pgs; 2 docs) | Order Discharging Trustee. (DeCicco, Vincent). (Entered: 05/10/2018) |
| 05/10/2018 | | Case Closed. (DeCicco, Vincent). (Entered: 05/10/2018) |
| 05/12/2018 | 17 (2 pgs) | Certificate of Mailing Re: Order Discharging Trustee (related document(s) (Related Doc # 16)) . Notice Date 05/12/2018. (Admin.) (Entered: 05/13/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/31/2025 14:23:47 | | | |
| PACER Login: | gplaw016 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 18-10294-cgm Fil or Ent: filed To: 1/2/2026 Doc From: 0 Doc To: 99999999 Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 2 | Cost: | 0.20 |