# EXHIBIT D

CLOSED, DebtEd, Repeat, MDisCs

## U.S. Bankruptcy Court
### Southern District of New York (Manhattan)
### Bankruptcy Petition #: 18-12074-cgm

*Assigned to:* Judge Cecelia G. Morris
Chapter 13
Voluntary
Asset

*Date filed:* 07/09/2018
*Date terminated:* 01/17/2019
*Debtor dismissed:* 12/17/2018
*341 meeting:* 01/11/2019

*Debtor disposition:* Dismissed for Failure to File Information

*Debtor*
**Geovanny Lazala**
310 East 166th Street, Apartment 2
Bronx, NY 10456
BRONX-NY
SSN / ITIN: xxx-xx-1668

represented by **Kenneth Rosellini**
636A Van Houten Avenue
Clifton, NJ 07013
(973) 998-8375
Fax : (973) 998-8376
Email: kennethrosellini@gmail.com

*Trustee*
**Krista M. Preuss**
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603
(914) 328-6333
Tax ID / EIN: 82-3912823

represented by **Krista M. Preuss**
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603
(914) 328-6333
Fax : (914) 328-7299
Email: info@ch13kp.com

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 07/09/2018 | 1 (8 pgs) | Chapter 13 Voluntary Petition for Individual. Order for Relief Entered. Section 521(i) Incomplete Filing Date: 08/23/2018. Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period - Form 122C-1 Due 07/23/2018 Means Test Calculation Form 122C-2 Due: 07/23/2018. Schedule A/B due 07/23/2018. Schedule C due 07/23/2018. Schedule D due 07/23/2018. Schedule E/F due 07/23/2018. Schedule G due 07/23/2018. Schedule H due 07/23/2018. Schedule J due 07/23/2018. Summary of Assets and Liabilities due 07/23/2018. Statement of Financial Affairs due 07/23/2018. Atty Disclosure State. due 07/23/2018. Chapter 13 Model Plan due 07/23/2018. Declaration of Schedules due 07/23/2018. List of all creditors due 07/23/2018. Incomplete Filings due by |

| | | |
|---|---|---|
| | | 07/23/2018, Filed by Kenneth Rosellini on behalf of Geovanny Lazala. (Rosellini, Kenneth) (Entered: 07/09/2018) |
| 07/09/2018 | 2 (1 pg) | Certificate of Credit Counseling, Certificate Number[s]: 12459-NYS-CC-030519410 Filed by Kenneth Rosellini on behalf of Geovanny Lazala. (Rosellini, Kenneth) (Entered: 07/09/2018) |
| 07/09/2018 | | Repeat Filer. Previous Case Number(s) and Information: **Case No.: 18-10294 Southern District of NY**; Filed: 2-4-2018; Chapter: 13; Dismissed: 4-17-2018; Closed: 5-10-2018; (Ramos, Jonathan). (Entered: 07/09/2018) |
| 07/09/2018 | 3 (2 pgs; 2 docs) | Deficiency Notice (Ramos, Jonathan). (Entered: 07/09/2018) |
| 07/09/2018 | 4 (3 pgs; 2 docs) | Chapter 13 341(a) Notice with 341(a) meeting to be held on 8/31/2018 at 10:00 AM at Office of UST (One Bowling Green, Fifth Floor, Room 511). with Confirmation hearing to be held on 9/13/2018 at 01:15 PM at Courtroom 617 Last day to object to dischargeability of a debt is 10/30/2018. Last day to Object to Confirmation 9/4/2018, Proofs of Claim due by 9/17/2018, (Ramos, Jonathan). (Entered: 07/09/2018) |
| 07/10/2018 | | Receipt of Voluntary Petition (Chapter 13)(18-12074) [misc,1161] ( 310.00) Filing Fee. Receipt number 12664521. Fee amount 310.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 07/10/2018) |
| 07/11/2018 | 5 (3 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 4)) . Notice Date 07/11/2018. (Admin.) (Entered: 07/12/2018) |
| 07/11/2018 | 6 (2 pgs) | Certificate of Mailing Re: Deficiency Notice (related document(s) (Related Doc # 3)) . Notice Date 07/11/2018. (Admin.) (Entered: 07/12/2018) |
| 07/30/2018 | 7 | Notice Rescheduling Confirmation Hearing currently scheduled for 9/13/2018 has been RESCHEDULED to 10/11/2018 at 09:00 AM at Courtroom 617 (Ashmeade, Vanessa). (Entered: 07/30/2018) |
| 07/30/2018 | 8 | AMENDED Notice of Hearing rescheduling the Confirmation Hearing currently scheduled for 9/13/2018 has been RESCHEDULED to 10/11/2018 at 1:15 PM at Courtroom 617 (Ashmeade, Vanessa). (Entered: 07/30/2018) |
| 08/28/2018 | 9 (1 pg) | Notice of Appearance filed by Ehret A. Van Horn on behalf of Wells Fargo Bank,. (Van Horn, Ehret) (Entered: 08/28/2018) |
| 09/05/2018 | 10 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 10/26/2018 at 09:30 AM at Office of UST (One Bowling Green, Fifth Floor, Room 511). (Preuss, Krista) (Entered: 09/05/2018) |
| 09/13/2018 | 11 | Notice of Adjournment of Hearing RE: Confirmation hearing not held and adjourned to 10/11/2018 at 01:15 PM at Courtroom 617. (Kinchen, Gwen) (Entered: 09/14/2018) |
| 10/11/2018 | 13 | Notice of Adjournment of Hearing RE: Confirmation hearing held and adjourned to 12/6/2018 at 02:31 PM at Courtroom 617 (Kinchen, Gwen). |

| | | |
|---|---|---|
| | | (Entered: 10/18/2018) |
| 10/18/2018 | 12 (6 pgs) | Motion to Dismiss Case filed by Krista M. Preuss on behalf of Krista M. Preuss with hearing to be held on 12/6/2018 at 09:05 AM at Courtroom 617. (Preuss, Krista) (Entered: 10/18/2018) |
| 10/31/2018 | 14 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 11/30/2018 at 09:30 AM at Office of UST (One Bowling Green, Fifth Floor, Room 511). (Preuss, Krista) (Entered: 10/31/2018) |
| 12/04/2018 | 15 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 1/11/2019 at 12:00 PM at Office of UST (One Bowling Green, Fifth Floor, Room 511). (Preuss, Krista) (Entered: 12/04/2018) |
| 12/06/2018 | 16 (55 pgs; 9 docs) | QCC. Motion for Relief from Stay *as to the property located at 310 East 166th Street, Bronx, NY 10456-5539* filed by Richard Fay on behalf of Wells Fargo Bank, N.A. with hearing to be held on 1/10/2019 at 11:00 AM at Courtroom 617 Responses due by 1/3/2019,. (Attachments: # 1 Exhibit Court Letter # 2 Exhibit Memo of Law # 3 Exhibit A - Loan Documents # 4 Exhibit B - Worksheet # 5 Exhibit C - Appraisal # 6 Exhibit D - Proposed Order # 7 Exhibit E - Rule 55 Affidavit # 8 Exhibit Affidavit of Service) (Fay, Richard) Modified on 1/9/2019 (DeCicco, Vincent). (Entered: 12/06/2018) |
| 12/06/2018 | | Receipt of Motion for Relief from Stay (fee)( 18-12074-cgm) [motion,185] ( 181.00) Filing Fee. Receipt number A12911198. Fee amount 181.00. (Re: Doc # 16) (U.S. Treasury) (Entered: 12/06/2018) |
| 12/06/2018 | | Pending Deadlines Terminated: Motion to Dismiss Case filed by Krista M. Preuss on behalf of Krista M. Preuss; Motion granted, submit order. (Kinchen, Gwen). (Entered: 12/11/2018) |
| 12/17/2018 | 17 (3 pgs; 3 docs) | Order Granting Motion To Dismiss Case For Failure to Timely File Required Documents (Related Doc # 12) signed on 12/17/2018. (DeCicco, Vincent) (Entered: 12/17/2018) |
| 12/19/2018 | 18 (2 pgs) | Certificate of Mailing Re: Order to Dismiss (related document(s) (Related Doc # 17)) . Notice Date 12/19/2018. (Admin.) (Entered: 12/20/2018) |
| 01/10/2019 | 19 (2 pgs) | Chapter 13 Trustee's Final Report and Account (Preuss, Krista) (Entered: 01/10/2019) |
| 01/17/2019 | 20 (2 pgs; 2 docs) | Order Discharging Trustee. (DeCicco, Vincent). (Entered: 01/17/2019) |
| 01/17/2019 | | Case Closed. (DeCicco, Vincent). (Entered: 01/17/2019) |
| 01/19/2019 | 21 (2 pgs) | Certificate of Mailing Re: Order Discharging Trustee (related document(s) (Related Doc # 20)) . Notice Date 01/19/2019. (Admin.) (Entered: 01/20/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/31/2025 14:24:45 | | | |
| PACER Login: | gplaw016 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 18-12074-cgm Fil or Ent: filed To: 1/2/2026 Doc From: 0 Doc To: 99999999 Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 3 | Cost: | 0.30 |