# EXHIBIT E

CLOSED, Repeat, instal, CounDue, DebtEd, B2830

## U.S. Bankruptcy Court
### Southern District of New York (Manhattan)
### Bankruptcy Petition #: 20-10785-cgm

*Assigned to:* Judge Cecelia G. Morris
Chapter 13
Voluntary
Asset

*Date filed:* 03/13/2020
*Date terminated:* 07/30/2020
*Debtor dismissed:* 07/07/2020
*341 meeting:* 07/23/2020

*Debtor disposition:* Dismissed for Failure to File Information

*Debtor*
**Geovanny Lazala**
310 E. 166th Street
Bronx, NY 10456
BRONX-NY
SSN / ITIN: xxx-xx-1668

represented by **Geovanny Lazala**
PRO SE

*Trustee*
**Krista M. Preuss**
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603
(914) 328-6333
Tax ID / EIN: 82-3912823

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 03/13/2020 | 1 (25 pgs) | Chapter 13 Voluntary Petition for Individual. Order for Relief Entered. Fee Amount S 100.00, Receipt Number 205874 Section 521(i) Incomplete Filing Date: 4/27/2020. Schedule I due 3/27/2020. Schedule J due 3/27/2020. Summary of Assets and Liabilities due 3/27/2020. Statement of Financial Affairs due 3/27/2020. Chapter 13 Model Plan due 3/27/2020. Incomplete Filings due by 3/27/2020, Filed by Geovanny Lazala . (Lewis, Tenille) (Entered: 03/13/2020) |
| 03/13/2020 | | Credit Counseling Deadline Set. Credit Counseling Certificate due: 3/27/2020. (Lewis, Tenille). (Entered: 03/13/2020) |

| | | |
|---|---|---|
| 03/13/2020 | [2](#) (2 pgs) | Application to Pay Filing Fee in Installments filed by Geovanny Lazala. (Lewis, Tenille) (Entered: 03/13/2020) |
| 03/13/2020 | [3](#) (2 pgs; 2 docs) | Deficiency Notice (Lewis, Tenille). (Entered: 03/13/2020) |
| 03/13/2020 | [4](#) (3 pgs; 2 docs) | Chapter 13 341(a) Notice with 341(a) meeting to be held on 4/17/2020 at 01:00 PM at Office of UST (One Bowling Green, Fifth Floor, Room 511). with Confirmation hearing to be held on 5/14/2020 at 09:00 AM at Courtroom 617 Last day to object to dischargeability of a debt is 6/16/2020. Last day to Object to Confirmation 5/4/2020, Proofs of Claim due by 5/22/2020, (Lewis, Tenille). (Entered: 03/13/2020) |
| 03/13/2020 | | Repeat Filer. Previous Case Number(s) and Information: **Case No.: 18-10294-cgm.SDNY**; Filed: 02/04/2018; Chapter: 13; Dismissed: 04/17/2018; Closed: 05/10/2018; **Case No.: 18-12074-cgm SDNY**; Filed: 07/09/2018; Chapter: 13; Dismissed: 12/17/2018; Closed: 01/17/2019; (DuBois, Linda). (Entered: 03/13/2020) |
| 03/15/2020 | [5](#) (3 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # [4](#))) . Notice Date 03/15/2020. (Admin.) (Entered: 03/16/2020) |
| 03/15/2020 | [6](#) (2 pgs) | Certificate of Mailing Re: Deficiency Notice (related document(s) (Related Doc # [3](#))) . Notice Date 03/15/2020. (Admin.) (Entered: 03/16/2020) |
| 03/16/2020 | [7](#) (2 pgs; 2 docs) | Order Granting Application To Pay Filing Fees In Installments (Related Doc # [2](#)) signed on 3/16/2020. $100.00 paid at time of filing. Second Installment Payment of $100.00 due by 4/3/2020, Final Installment Payment of $110.00 due by 5/13/2020, (DuBois, Linda) (Entered: 03/16/2020) |
| 03/18/2020 | [8](#) (1 pg) | Notice of Appearance filed by Ehret A. Van Horn on behalf of Wells Fargo Bank, N.A.. (Van Horn, Ehret) (Entered: 03/18/2020) |
| 03/18/2020 | [9](#) (2 pgs) | Certificate of Mailing (related document(s) (Related Doc # [7](#))) . Notice Date 03/18/2020. (Admin.) (Entered: 03/19/2020) |
| 04/03/2020 | [10](#) (79 pgs; 12 docs) | QCC. Motion for Relief from Stay *and In Rem Relief as to the property located at 310 East 166th Street, Bronx, NY 10456* filed by Ehret A. Van Horn on behalf of Wells Fargo Bank, N.A. with hearing to be held on 5/14/2020 at 11:00 AM at Courtroom 617 Responses due by 5/7/2020,. (Attachments: # [1](#) Court Letter # [2](#) Exhibit A - Loan Documents # [3](#) Exhibit B - Judgment of Foreclosure and Sale # [4](#) Exhibit C - PACER Docket 18-10294 # [5](#) Exhibit D - PACER Docket 18-12074 # [6](#) Exhibit E - PACER Docket 20-10785 # [7](#) Exhibit F - Worksheet # [8](#) Exhibit G - Rule 55 Affidavit # [9](#) Exhibit H - Proposed Order # [10](#) Exhibit I - Legal Description of Mortgaged Premises # [11](#) Affidavit of Service) (Van Horn, Ehret) Modified on 4/6/2020 (DuBois, Linda). (Entered: 04/03/2020) |
| 04/03/2020 | | Receipt of Motion for Relief from Stay (fee)( 20-10785-cgm) [motion,185] ( 181.00) Filing Fee. Receipt number A13887534. Fee amount 181.00. (Re: Doc # [10](#)) (U.S. Treasury) (Entered: 04/03/2020) |

| Date | Doc # | Description |
|---|---|---|
| 04/07/2020 | 11 (1 pg) | Letter *requesting the withdraw of the Motion for Relief filed April 3, 2020* (related document(s)10) Filed by Ehret A. Van Horn on behalf of Wells Fargo Bank, N.A.. (Van Horn, Ehret) (Entered: 04/07/2020) |
| 04/10/2020 | 12 (2 pgs; 2 docs) | Notice of Rescheduled Section 341 Meeting of Creditors. All parties shall appear by phone. See Instructions Included. Filed by Krista M. Preuss on behalf of Krista M. Preuss. 341(a) meeting to be held on 4/17/2020 at 12:30 PM at Office of UST (TELECONFERENCE ONLY). (Preuss, Krista) (Entered: 04/10/2020) |
| 04/12/2020 | 13 (2 pgs) | Certificate of Mailing (related document(s) (Related Doc # 12)). Notice Date 04/12/2020. (Admin.) (Entered: 04/13/2020) |
| 04/17/2020 | 14 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 7/23/2020 at 12:00 PM at Office of UST (One Bowling Green, Fifth Floor, Room 511). (Preuss, Krista) (Entered: 04/17/2020) |
| 04/20/2020 | 15 (2 pgs; 2 docs) | Notice of Hearing on Dismissal for failure to pay installment(s) with hearing to be held on 6/18/2020 at 09:00 AM at Courtroom 617 (DuBois, Linda). (Entered: 04/20/2020) |
| 04/22/2020 | 16 (2 pgs) | Certificate of Mailing Re: Notice of Hearing on Dismissal (related document(s) (Related Doc # 15)). Notice Date 04/22/2020. (Admin.) (Entered: 04/23/2020) |
| 04/27/2020 | 17 (2 pgs; 2 docs) | Please take notice that all matters currently scheduled for 5/14/20 has been RESCHEDULED to 6/18/20 at 9:05 am in Courtroom 617. (Ashmeade, Vanessa). (Entered: 04/27/2020) |
| 04/28/2020 | 18 (2 pgs; 2 docs) | Notice of Hearing on Automatic Dismissal with hearing to be held on 6/18/2020 at 09:05 AM at Courtroom 617 (DuBois, Linda). (Entered: 04/28/2020) |
| 04/29/2020 | 19 (3 pgs) | Notice of Appearance filed by Michael Chatwin on behalf of Wells Fargo Bank, N.A.. (Chatwin, Michael) (Entered: 04/29/2020) |
| 04/30/2020 | 20 (3 pgs) | Notice of Temporary Mortgage Forbearance Due to Covid-19 Pandemic for 90 days. Certificate of Service Filed. filed by Barbara Dunleavy on behalf of Wells Fargo Bank, N.A.. (Dunleavy, Barbara) (Entered: 04/30/2020) |
| 04/30/2020 | 21 (1 pg) | Letter *withdrawing Notice of Appearance* (related document(s)19) Filed by Shari Barak on behalf of Wells Fargo Bank, N.A.. (Barak, Shari) (Entered: 04/30/2020) |
| 04/30/2020 | 22 (2 pgs) | Certificate of Mailing. (related document(s) (Related Doc # 17)). Notice Date 04/30/2020. (Admin.) (Entered: 05/01/2020) |
| 04/30/2020 | 23 (2 pgs) | Certificate of Mailing Re: Notice of Hearing on Automatic Dismissal (related document(s) (Related Doc # 18)). Notice Date 04/30/2020. (Admin.) (Entered: 05/01/2020) |
| 05/14/2020 | 24 | Notice of Adjournment of Hearing re: Confirmation Hearing not held and adjourned to 6/18/2020 at 09:00 AM. Pursuant to General Order 543 and |

| Date | Doc # | Description |
|---|---|---|
|  |  | guidelines for holding hearings, the hearing will be held telephonically. (DuBois, Linda). (Entered: 05/15/2020) |
| 05/14/2020 |  | Pending Deadlines Terminated re: Motion for Relief from Stay and In Rem Relief as to the property located at 310 East 166th Street, Bronx, NY 10456 filed by Ehret A. Van Horn on behalf of Wells Fargo Bank, N.A; Hearing not held. WITHDRAWN. (DuBois, Linda). (Entered: 05/15/2020) |
| 06/18/2020 |  | Pending Deadlines Terminated Re: Notice of Hearing on Automatic Dismissal; Hearing Held, Case Dimsissed. (DeCicco, Vincent). (Entered: 07/02/2020) |
| 07/02/2020 |  | Pending Deadlines Terminated. Case Dismissed. (Fredericks, Frances). (Entered: 07/02/2020) |
| 07/07/2020 | 25 (2 pgs; 2 docs) | Order Granting Automatic Dismissal of Case (Related Doc # 18) signed on 7/7/2020. (DuBois, Linda) (Entered: 07/07/2020) |
| 07/09/2020 | 26 (2 pgs) | Certificate of Mailing (related document(s) (Related Doc # 25)). Notice Date 07/09/2020. (Admin.) (Entered: 07/10/2020) |
| 07/30/2020 | 27 (2 pgs) | Chapter 13 Trustee's Final Report and Account (Preuss, Krista) (Entered: 07/30/2020) |
| 07/30/2020 | 28 (2 pgs; 2 docs) | Order Discharging Trustee. (DuBois, Linda). (Entered: 07/30/2020) |
| 07/30/2020 |  | Case Closed. (DuBois, Linda). (Entered: 07/30/2020) |
| 08/01/2020 | 29 (2 pgs) | Certificate of Mailing Re: Order Discharging Trustee (related document(s) (Related Doc # 28)). Notice Date 08/01/2020. (Admin.) (Entered: 08/02/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/31/2025 14:25:07 | | | |
| PACER Login: | gplaw016 | Client Code: |  |
| Description: | Docket Report | Search Criteria: | 20-10785-cgm Fil or Ent: filed To: 1/2/2026 Doc From: 0 Doc To: 99999999 Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 3 | Cost: | 0.30 |