# EXHIBIT F

instal, Repeat, CounDue, DebtEd, B2830

## U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Bankruptcy Petition #: 25-12787-jpm

Date filed: 12/12/2025
341 meeting: 01/08/2026
Deadline for filing claims: 02/20/2026

Assigned to: Judge John P. Mastando III
Chapter 13
Voluntary
Asset

*Debtor*
**Geovanny Lazala**
310 E 166 St Apt 2
Bronx, NY 10456
BRONX-NY
SSN / ITIN: xxx-xx-1668

represented by **Geovanny Lazala**
PRO SE

*Trustee*
**Thomas C. Frost**
Chapter 13 Standing Trustee
399 Knollwood Rd
Suite 102
White Plains, NY 10603
914-328-6333

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 12/12/2025 | 1 (10 pgs) | Chapter 13 Voluntary Petition for Individual. Order for Relief Entered. Fee Amount $ 313, (Receipt Number: Partial Payment Pending). Section 521(i) Incomplete Filing Date: 1/26/2026. Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period - Form 122C-1 Due 12/29/2025 Schedule A/B due 12/29/2025. Schedule C due 12/29/2025. Schedule D due 12/29/2025. Schedule E/F due 12/29/2025. Schedule G due 12/29/2025. Schedule H due 12/29/2025. Schedule I due 12/29/2025. Schedule J due 12/29/2025. Summary of Assets and Liabilities due 12/29/2025. Statement of Financial Affairs due 12/29/2025. Chapter 13 Model Plan due 12/29/2025. Declaration of Schedules due 12/29/2025. Incomplete Filings due by 12/29/2025, Filed by Geovanny Lazala . (Rai, Narotam) (Entered: 12/12/2025) |
| 12/12/2025 | | Credit Counseling Deadline Set. Credit Counseling Certificate due: 12/29/2025. (Rai, Narotam) (Entered: 12/12/2025) |

| | | |
|---|---|---|
| 12/12/2025 | | Repeat Filer. Previous Case Number(s) and Information: **Case No.: SDNY (Manhattan) 18-10294-cgm Geovanny Lazala**; Filed: 02/04/2018; Chapter: 13; Dismissed: 04/17/2018; Closed: 05/10/2018; Judge: Cecelia G. Morris. **Case No.: SDNY (Manhattan) 18-12074-cgm Geovanny Lazala**; Filed: 07/09/2018; Chapter: 13; Dismissed: 12/17/2018; Closed: 01/17/2019; Judge: Cecelia G. Morris. **Case No.: SDNY (Manhattan) 20-10785-cgm Geovanny Lazala**; Filed: 03/13/2020; Chapter: 13; Dismissed: 07/07/2020; Closed: 07/30/2020; Judge: Cecelia G. Morris. (Rai, Narotam) (Entered: 12/12/2025) |
| 12/12/2025 | 2 (2 pgs) | Application to Pay Filing Fee in Installments filed by Geovanny Lazala. (Rai, Narotam) (Entered: 12/12/2025) |
| 12/12/2025 | 3 (2 pgs; 2 docs) | Deficiency Notice (Rai, Narotam) (Entered: 12/12/2025) |
| 12/12/2025 | 4 (3 pgs; 2 docs) | **This BNC Notice was Cancelled** Notice of Chapter 13 Bankruptcy Case, 341(a) Meeting of Creditors & Notice of Appointment of Trustee with 341(a) meeting to be held on 1/8/2026 at 10:30 AM at Zoom.us - Frost: Meeting ID 673 361 4656, Passcode 5387830639, Phone 1 (914) 855-1401. with Confirmation hearing to be held on 2/19/2026 at 10:00 AM at Teleconference Line (CourtSolutions) (JPM) Last day to object to dischargeability of a debt is 3/9/2026. Last day to Object to Confirmation 2/9/2026, Proofs of Claim due by 2/20/2026, (Ramos, Jonathan).Modified on 12/12/2025 (Porter, Minnie). (Entered: 12/12/2025) |
| 12/12/2025 | 5 (3 pgs; 2 docs) | Notice of Chapter 13 Bankruptcy Case, 341(a) Meeting of Creditors & Notice of Appointment of Trustee with 341(a) meeting to be held on 1/8/2026 at 10:30 AM at Zoom.us - Frost: Meeting ID 673 361 4656, Passcode 5387830639, Phone 1 (914) 855-1401. with Confirmation hearing to be held on 2/19/2026 at 10:00 AM at Videoconference (ZoomGov) (JPM) Last day to object to dischargeability of a debt is 3/9/2026. Last day to Object to Confirmation 2/9/2026, Proofs of Claim due by 2/20/2026, (Ramos, Jonathan). (Entered: 12/12/2025) |
| 12/14/2025 | 6 (4 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 5)) . Notice Date 12/14/2025. (Admin.) (Entered: 12/15/2025) |
| 12/14/2025 | 7 (2 pgs) | Certificate of Mailing Re: Deficiency Notice (related document(s) (Related Doc # 3)) . Notice Date 12/14/2025. (Admin.) (Entered: 12/15/2025) |
| 12/18/2025 | 8 (1 pg) | Notice of Appearance filed by Ehret A. Van Horn on behalf of Wells Fargo Bank, N.A. (Van Horn, Ehret) (Entered: 12/18/2025) |
| 12/19/2025 | 9 (2 pgs; 2 docs) | Order signed on 12/19/2025 Granting Application To Pay Filing Fees In Installments (Related Doc # 2) . First Installment Payment due by 12/12/2025, Second Installment Payment due by 1/12/2026, Third Installment Payment due by 2/9/2026, Final Installment Payment due by 3/1/2026, (Rodriguez-Castillo, Maria) (Entered: 12/19/2025) |
| 12/19/2025 | | First Installment Fee Paid. Fee Amount $ 50.00 , Receipt Number 70001158. (related document(s),9) (Tavarez, Arturo). (Entered: 12/19/2025) |
| 12/24/2025 | 10 (2 pgs) | Certificate of Mailing (related document(s) (Related Doc # 9)) . Notice Date 12/24/2025. (Admin.) (Entered: 12/25/2025) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 12/31/2025 14:25:50 ||||
| PACER Login: | gplaw016 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 25-12787-jpm Fil or Ent: filed To: 1/2/2026 Doc From: 0 Doc To: 99999999 Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 2 | Cost: | 0.20 |