# EXHIBIT G

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

Geovanny Lazala

        Debtor.

Case No.: 25-12787-jpm
(Chapter 13)

Assigned to:
Hon. John P. Mastando III
Bankruptcy Judge

### RELIEF FROM STAY – REAL ESTATE AND COOPERATIVE APARTMENTS

I, SASHA ANDERSON A/AN VICE PRESIDENT LOAN DOCUMENTATION OF Wells Fargo Bank, N.A., (HEREINAFTER, "MOVANT") HEREBY DECLARE (OR CERTIFY, VERIFY, OR STATE):

### BACKGROUND INFORMATION

1. REAL PROPERTY OR COOPERATIVE APARTMENT ADDRESS WHICH IS THE SUBJECT OF THIS MOTION: 310 East 166th Street, Bronx, NY 10456

2. LENDER NAME: Wells Fargo Bank, N.A.

3. DATE OF MORTGAGE: January 21, 2009

4. POST-PETITION PAYMENT ADDRESS:

    Wells Fargo Home Mortgage
    PO Box 14507
    Des Moines, IA 50306

### DEBT/VALUE REPRESENTATIONS

5. TOTAL PRE-PETITION AND POST-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AT THE TIME OF FILING THE MOTION: $1,079,694.03 (good through December 23, 2025)
(Note: this amount may not to be relied on as a "payoff" quotation.)

6. MOVANT'S ESTIMATED MARKET VALUE OF THE REAL PROPERTY: $535,000.00

7. SOURCE OF ESTIMATED VALUATION: BPO

## STATUS OF DEBT AS OF
## THE PETITION DATE

8. TOTAL PRE-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AS OF PETITION FILING DATE:          $1,079,694.03  (good through December 23, 2025) .

    A. AMOUNT OF PRINCIPAL:                                                    $489,296.37

    B. AMOUNT OF INTEREST:                                                     $367,241.21

    C. AMOUNT OF ESCROW (TAXES AND INSURANCE):                                 $161,778.37

    D. AMOUNT OF FORCED PLACED INSURANCE
    EXPENDED BY MOVANT:                                                        $0.00

    E. AMOUNT OF ATTORNEYS' FEES BILLED
    TO DEBTOR(S) PRE-PETITION:                                                 $1,387.50

    F. AMOUNT OF PRE-PETITION LATE FEES, IF ANY,
    BILLED TO DEBTOR(S):                                                       $854.40

9. CONTRACT INTEREST RATE: Fixed 5.500%

10. PLEASE EXPLAIN ANY ADDITIONAL PRE-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR'S ACCOUNT AND NOT LISTED ABOVE:

    Pre-Petition Attorney Costs          $1,877.44
    Tax Bills                            $57,258.74

### AMOUNT OF POST-PETITION DEFAULT (12/23/2025)

11. DATE LAST PAYMENT WAS RECEIVED: No post-petition payments received.

12. ALLEGED TOTAL NUMBER OF PAYMENTS DUE POST-PETITION FROM FILING OF PETITION THROUGH PAYMENT DUE ON 12/01/2025: 0

13. PLEASE LIST ALL POST-PETITION PAYMENTS ALLEGED TO BE IN DEFAULT:

| ALLEGED PAYMENT DUE DATE | ALLEGED AMOUNT DUE | AMOUNT RECEIVED | AMOUNT APPLIED TO PRINCIPAL | AMOUNT APPLIED TO INTEREST | AMOUNT APPLIED TO ESCROW | LATE FEE CHARGED (IF ANY) |
|---|---|---|---|---|---|---|
| *06/01/2012 | $3,560.02 | 0.00 | 0.00 | 0.00 | 0.00 | $142.40 |
| *07/01/2012 | $3,560.02 | 0.00 | 0.00 | 0.00 | 0.00 | $142.40 |
| *08/01/2012 | $3,560.02 | 0.00 | 0.00 | 0.00 | 0.00 | $142.40 |
| *09/01/2012 | $3,560.02 | 0.00 | 0.00 | 0.00 | 0.00 | $142.40 |
| *10/01/2012 | $3,560.02 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *11/01/2012 | $3,560.02 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *12/01/2012 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *01/01/2013 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *02/01/2013 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *03/01/2013 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

| 04/01/2013 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
|---|---|---|---|---|---|---|
| 05/01/2013 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 06/01/2013 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 07/01/2013 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 08/01/2013 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 09/01/2013 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 10/01/2013 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 11/01/2013 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 12/01/2013 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 01/01/2014 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 02/01/2014 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 03/01/2014 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 04/01/2014 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 05/01/2014 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 06/01/2014 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 07/01/2014 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 08/01/2014 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 09/01/2014 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 10/01/2014 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 11/01/2014 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 12/01/2014 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 01/01/2015 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 02/01/2015 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 03/01/2015 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 04/01/2015 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 05/01/2015 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 06/01/2015 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 07/01/2015 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 08/01/2015 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 09/01/2015 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 10/01/2015 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 11/01/2015 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 12/01/2015 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 01/01/2016 | $3,680.33 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 02/01/2016 | $3,769.89 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 03/01/2016 | $3,769.89 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 04/01/2016 | $3,769.89 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 05/01/2016 | $3,769.89 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 06/01/2016 | $3,769.89 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 07/01/2016 | $3,769.89 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 08/01/2016 | $3,769.89 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 09/01/2016 | $3,769.89 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 10/01/2016 | $3,769.89 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 11/01/2016 | $3,769.89 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 12/01/2016 | $3,734.04 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 01/01/2017 | $3,734.04 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 02/01/2017 | $3,734.04 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 03/01/2017 | $3,734.04 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 04/01/2017 | $3,734.04 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 05/01/2017 | $3,734.04 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| 06/01/2017 | $3,734.04 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| *07/01/2017 | $3,722.91 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *08/01/2017 | $3,722.91 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *09/01/2017 | $3,722.91 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *10/01/2017 | $3,722.91 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *11/01/2017 | $3,722.91 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *12/01/2017 | $3,722.91 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *01/01/2018 | $3,722.91 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *02/01/2018 | $3,722.91 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *03/01/2018 | $3,738.73 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *04/01/2018 | $3,738.73 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *05/01/2018 | $3,738.73 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *06/01/2018 | $3,738.73 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *07/01/2018 | $3,744.63 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *08/01/2018 | $3,729.61 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *09/01/2018 | $3,729.61 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *10/01/2018 | $3,729.61 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *11/01/2018 | $3,729.61 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *12/01/2018 | $3,729.61 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *01/01/2019 | $3,729.61 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *02/01/2019 | $3,729.61 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *03/01/2019 | $3,729.61 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *04/01/2019 | $3,729.61 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *05/01/2019 | $3,729.61 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *06/01/2019 | $3,729.61 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *07/01/2019 | $3,670.31 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *08/01/2019 | $3,670.31 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *09/01/2019 | $3,670.31 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *10/01/2019 | $3,670.31 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *11/01/2019 | $3,670.31 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *12/01/2019 | $3,670.31 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *01/01/2020 | $3,670.31 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *02/01/2020 | $3,481.94 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *03/01/2020 | $3,481.94 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *04/01/2020 | $3,509.53 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *05/01/2020 | $3,509.53 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *06/01/2020 | $3,509.53 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *07/01/2020 | $3,509.53 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *08/01/2020 | $3,509.53 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *09/01/2020 | $3,509.53 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *10/01/2020 | $3,509.53 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *11/01/2020 | $3,509.53 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *12/01/2020 | $3,509.53 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *01/01/2021 | $3,527.53 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *02/01/2021 | $3,527.53 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *03/01/2021 | $3,527.53 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *04/01/2021 | $3,527.53 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *05/01/2021 | $3,527.53 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *06/01/2021 | $3,527.53 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *07/01/2021 | $3,535.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *08/01/2021 | $3,535.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *09/01/2021 | $3,535.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

| Date | Amount | | | | | |
|---|---|---|---|---|---|---|
| *10/01/2021 | $3,535.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *11/01/2021 | $3,535.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *12/01/2021 | $3,535.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *01/01/2022 | $3,535.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *02/01/2022 | $3,535.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *03/01/2022 | $3,535.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *04/01/2022 | $3,535.67 | 0.80 | 0.00 | 0.00 | 0.00 | $0.00 |
| *05/01/2022 | $3,535.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *06/01/2022 | $3,535.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *07/01/2022 | $3,549.37 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *08/01/2022 | $3,549.37 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *09/01/2022 | $3,549.37 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *10/01/2022 | $3,549.37 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *11/01/2022 | $3,549.37 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *12/01/2022 | $3,549.37 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *01/01/2023 | $3,549.37 | 0.00 | 0.00 | 0:00 | 0.00 | $0.00 |
| *02/01/2023 | $3,549.37 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *03/01/2023 | $3,549.37 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *04/01/2023 | $3,549.37 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *05/01/2023 | $3,549.37 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *06/01/2023 | $3,549.37 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *07/01/2023 | $3,585.98 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *08/01/2023 | $3,585.98 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *09/01/2023 | $3,585.98 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *10/01/2023 | $3,585.98 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *11/01/2023 | $3,585.98 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *12/01/2023 | $3,585.98 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *01/01/2024 | $3,585.98 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *02/01/2024 | $3,585.98 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *03/01/2024 | $3,585.98 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *04/01/2024 | $3,585.98 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *05/01/2024 | $3,585.98 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *06/01/2024 | $3,585.98 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *07/01/2024 | $3,591.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *08/01/2024 | $3,591.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *09/01/2024 | $3,591.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *10/01/2024 | $3,591.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *11/01/2024 | $3,591.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *12/01/2024 | $3,591.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *01/01/2025 | $3,591.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *02/01/2025 | $3,591.67 | 0.00 | 6.00 | 0.00 | 0.00 | $0.00 |
| *03/01/2025 | $3,591.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *04/01/2025 | $3,591.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *05/01/2025 | $3,591.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *06/01/2025 | $3,591.67 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *07/01/2025 | $3,623.39 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *08/01/2025 | $3,631.09 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *09/01/2025 | $3,631.09 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *10/01/2025 | $3,631.09 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *11/01/2025 | $3,631.09 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| *12/01/2025 | $3,631.09 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

| TOTALS | $592,896.50 | 0.00 | 0.00 | 0.00 | 0.00 | $569.60 |
|--------|-------------|------|------|------|------|---------|

*THERE ARE 163 PRE-PETITION MONTHLY MORTGAGE PAYMENTS NOW DUE AS LISTED ABOVE.

14. AMOUNT OF MOVANT'S ATTORNEYS FEES BILLED TO DEBTOR FOR THE PREPARATION, FILING AND PROSECUTION OF THIS MOTION: $1,350.00**

15. AMOUNT OF MOVANT'S FILING FEE FOR THIS MOTION: $199.00**
**(May be recoverable by debtor)

16. OTHER ATTORNEYS' FEES BILLED TO DEBTOR POST-PETITION: $0.00

17 AMOUNT OF MOVANT'S POST-PETITION INSPECTION FEES: $0.00

18. AMOUNT OF MOVANT'S POST-PETITION APPRAISAL/BROKER'S PRICE OPINION: $0.00

19. AMOUNT OF FORCED PLACED INSURANCE OR INSURANCE PROVIDED BY THE MOVANT POST-PETITION: $0.00

20. SUM HELD IN SUSPENSE BY MOVANT IN CONNECTION WITH THIS CONTRACT, IF APPLICABLE: ($0.00)

| Debtor Suspense | $0.00 |
|-----------------|-------|
| Trustee Suspense | $0.00 |

21. AMOUNT OF OTHER POST-PETITION ADVANCES OR CHARGES, FOR EXAMPLE TAXES, INSURANCE INCURRED BY DEBTOR ETC.: $0.00

## REQUIRED ATTACHMENTS TO MOTION

PLEASE ATTACH THE FOLLOWING DOCUMENTS TO THIS MOTION AND INDICATE THE EXHIBIT NUMBER ASSOCIATED WITH THE DOCUMENTS.

1. COPIES OF DOCUMENTS THAT ESTABLISH MOVANT'S INTEREST IN THE SUBJECT PROPERTY. FOR PURPOSES OF EXAMPLE ONLY, A COMPLETE AND LEGIBLE COPY OF THE PROMISSORY NOTE OR OTHER DEBT INSTRUMENT TOGETHER WITH A COMPLETE AND LEGIBLE COPY OF THE MORTGAGE AND ANY ASSIGNMENTS IN THE CHAIN FROM THE ORIGINAL MORTGAGEE TO THE CURRENT MOVING PARTY. (EXHIBIT A.)

2. COPIES OF DOCUMENTS THAT ESTABLISH MOVANT'S STANDING TO BRING THIS MOTION. (EXHIBIT A.)

3. COPIES OF DOCUMENTS THAT ESTABLISH MOVANT'S INTEREST IN THE REAL PROPERTY OR COOPERATIVE APARTMENT WAS PERFECTED. FOR THE PURPOSES OF EXAMPLE ONLY, THIS MAY BE A COMPLETE AND LEGIBLE COPY OF THE FINANCING STATEMENT (UCC-1) FILED WITH THE CLERK'S OFFICE OR THE REGISTER OF THE COUNTY IN WHICH THE PROPERTY OR COOPERATIVE APARTMENT IS LOCATED. (EXHIBIT A.)

## CERTIFICATION FOR BUSINESS RECORDS

I CERTIFY, THAT THE INFORMATION PROVIDED IN THIS FORM AND/OR ANY EXHIBITS ATTACHED TO THIS FORM (OTHER THAN THE TRANSACTIONAL DOCUMENTS ATTACHED AS REQUIRED BY PARAGRAPHS 1, 2 AND 3, IMMEDIATELY ABOVE) IS DERIVED FROM RECORDS, THAT WERE MADE AT OR NEAR THE TIME OF THE OCCURRENCE OF THE MATTERS SET FORTH BY, OR FROM INFORMATION TRANSMITTED BY, A PERSON WITH KNOWLEDGE OF THOSE MATTERS, WERE KEPT IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY; AND WERE MADE BY THE REGULARLY CONDUCTED ACTIVITY AS A REGULAR PRACTICE.

I FURTHER CERTIFY THAT COPIES OF ANY TRANSACTIONAL DOCUMENTS ATTACHED TO THIS FORM AS REQUIRED BY PARAGRAPHS 1, 2 AND 3, IMMEDIATELY ABOVE, ARE TRUE AND ACCURATE COPIES OF THE ORIGINAL DOCUMENTS. I FURTHER CERTIFY THAT THE ORIGINAL DOCUMENTS ARE IN MOVANT'S POSSESSION, EXCEPT AS FOLLOWS:N/A.

### DECLARATION

I, SASHA ANDERSON A/AN VICE PRESIDENT LOAN DOCUMENTATION OF WELLS FARGO BANK, N.A. HEREBY DECLARE PURSUANT TO 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT BASED ON PERSONAL KNOWLEDGE OF THE MOVANT'S BOOKS AND BUSINESS RECORDS.

EXECUTED AT CHARLOTTE, NORTH CAROLINA ON THIS 5TH DAY OF JANUARY, 2026.

SASHA ANDERSON
VICE PRESIDENT LOAN DOCUMENTATION
WELLS FARGO BANK, N.A.
01/05/2026
11625 NORTH COMMUNITY HOUSE ROAD
CHARLOTTE, NORTH CAROLINA 28277

# Small Residential Income Property Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | | |
|---|---|---|---|---|
| Property Address 310 E 156th St | | City Bronx | State NY | Zip Code 10456 |
| Borrower Geovanny Lazala | Owner of Public Record Geovanny Lazala | | County Bronx | |
| Legal Description Section: 9 Block: 20 Lot: 20 | | | | |
| Assessor's Parcel # 02433-0020 | Tax Year 2025 | R.E. Taxes $ 6532 | | |
| Neighborhood Name Melrose | Map Reference Hag. 3-F-9 | Census Tract 175 | | |

Occupant ☐ Owner ☒ Tenant ☐ Vacant    Special Assessments $    ☐ PUD   HOA $ ☐ per year ☐ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Claims without Conveyance of Title (CWCOT)
Lender/Client Wells Fargo Bank NA    Address 1801 Parkview Dr, Shoreview, MN 55126
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s).

MLS & Internet Search

☐ I did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $    Date of Contract    Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | 2-4 Unit Housing Trends | | | 2-4 Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE | AGE | One-Unit | 10.0 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | $(000) | (yrs) | 2-4 Unit | 45.0 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 400  Low | 5 | Multi-Family | 30.0 % |
| Neighborhood Boundaries | | | | | 1300  High | 140 | Commercial | 15.0 % |
| Cross Bronx Expressway to north, Grand Concourse to west, East 149th Street to south, Sheridan/Bruckner Expressway to east. | | | | | 800  Pred. | 110 | Other | % |

Neighborhood Description
The subject is located in the Morrisania/Longwood section of Bronx. A high density residential area built-up mainly of two to four family dwellings. Some multiple dwellings are interspersed. Retail shopping and public transportation can be found along all local avenues.

Market Conditions (including support for the above conclusions).

SEE MARKET CONDITIONS ADDENDUM.

| | | | | |
|---|---|---|---|---|
| Dimensions 19.94 x 51 | Area 1015 SF | Shape Rectangular | View Neutral;Res | |
| Specific Zoning Classification Residential R7-1 | Zoning Description High Density Residential | | | |

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe.
*** See Additional Comments ***

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Macadam | ☒ | ☐ |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley None | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X    FEMA Map # 3604970083F    FEMA Map Date 09/05/2007
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

*** See Additional Comments ***

| General Description | | Foundation | | Exterior Description materials/condition | | Interior  materials/condition | |
|---|---|---|---|---|---|---|---|
| Units ☒ Two ☐ Three ☐ Four | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls Concrete/Avg | | Floors HW/Avg | |
| ☐ Accessory Unit (describe below) | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls Brick/Average | | Walls DW/Avg-Fair | |
| # of Stories 3   # of bldgs. 1 | | Basement Area 760 sq. ft. | | Roof Surface Asp. Shng./Fair | | Trim/Finish Wood/Avg-Fair | |
| Type ☐ Det. ☒ Att. ☐ S-Det./End Unit | | Basement Finish 90 % | | Gutters & Downspouts Aluminum/Avg | | Bath Floor C-Tile/Avg-Fair | |
| ☒ Existing ☐ Proposed ☐ Under Const | | ☒ Outside Entry/Exit ☐ Sump Pump | | Window Type D/Hung-Avg | | Bath Wainscot C-Tile/Avg-Fair | |
| Design (Style) Duplex | | Evidence of ☐ Infestation | | Storm Sash/Insulated None | | Car Storage | |
| Year Built 2008 | | ☐ Dampness ☐ Settlement | | Screens None | | ☒ None | |
| Effective Age (Yrs) 15-35** | | Heating/Cooling | | Amenities | | ☐ Driveway # of Cars | |
| Attic ☒ None | | ☐ FWA ☒ HWBB ☐ Radiant | | ☐ Fireplace(s) # ☐ WoodStove(s) # | | Driveway Surface | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other Fuel Gas | | ☒ Patio/Deck ☒ Fence | | ☐ Garage # of Cars | |
| ☐ Floor ☐ Scuttle | | ☐ Central Air Conditioning | | ☐ Pool ☐ Porch | | ☐ Carport # of Cars | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Other | | ☐ Att. ☐ Det. ☐ Built-in | |

| # of Appliances | Refrigerator | Range/Oven 1 | Dishwasher | Disposal | Microwave | Washer/Dryer | Other (describe) | |
|---|---|---|---|---|---|---|---|---|
| Unit # 1 contains: | 4 Rooms | | 2 Bedroom(s) | | 1 Bath(s) | 760 Square Feet of Gross Living Area | | |
| Unit # 2 contains: | 8 Rooms | | 4 Bedroom(s) | | 2 Bath(s) | 1520 Square Feet of Gross Living Area | | |
| Unit # 3 contains: | Rooms | | Bedroom(s) | | Bath(s) | Square Feet of Gross Living Area | | |
| Unit # 4 contains: | Rooms | | Bedroom(s) | | Bath(s) | Square Feet of Gross Living Area | | |

Additional features (special energy efficient items, etc.)

Fair condition depicts 2 & 3 levels. Average condition depicts basement and 1s floor unit.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.)

**See Additional Comments**

## Small Residential Income Property Appraisal Report

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes  ☒ No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes  ☐ No  If No, describe

Is the property subject to rent control?  ☐ Yes  ☒ No  If Yes, describe

The following properties represent the most current, similar, and proximate comparable rental properties to the subject property. This analysis is intended to support the opinion of the market rent for the subject property.

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 316 E 166th St Bronx   NY 10456 | 1322 Chisholm Ave Bronx | 622 Crotona Park South Bronx | 803 Freeman St Bronx |
| Proximity to subject | | 1.00 miles E | 0.86 miles E | 0.86 miles E |
| Current Monthly Rent | $ | $  3465 | $  3700 | $  2600 |
| Rent/Gross Bldg. Area | $  0.00 sq. ft. | $  2.28 sq. ft. | $  1.90 sq. ft. | $  3.25 sq. ft. |
| Rent Control | ☐ Yes  ☒ No | ☐ Yes  ☒ No | ☐ Yes  ☒ No | ☐ Yes  ☒ No |
| Data Source(s) | Inspection | MLS | MLS | MLS |
| Date of Lease(s) | N/A | 6/5/2024 | 11/1/2024 | 3/31/2025 |
| Location | Urban/Average | Urban/Average | Urban/Average | Urban/Average |
| Actual Age | 17 | 105 | 25 | 124 |
| Condition | Avg/Fair | Good | Good | Good |
| Gross Building Area | 2280 | 1520 | 1944 | 800 |

| Unit Breakdown | Rm Count Tot / Br / Ba | Size Sq. Ft. | Monthly Rent | Rm Count Tot / Br / Ba | Size Sq. Ft. | Monthly Rent | Rm Count Tot / Br / Ba | Size Sq. Ft. | Monthly Rent | Rm Count Tot / Br / Ba | Size Sq. Ft. | Monthly Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # 1 | 4 / 2 / 1 | 760 | | 8 / 4 / 2 | 1520 | $ 3465 | 7 / 3 / 2 | 1944 | $ 3700 | 4 / 2 / 1 | 800 | $ 2600 |
| Unit # 2 | 8 / 4 / 2 | 1520 | | | | $ | | | $ | | | $ |
| Unit # 3 | | | | | | $ | | | $ | | | $ |
| Unit # 4 | | | | | | $ | | | $ | | | $ |
| Utilities Included | None | | | None | | | None | | | None | | |

Analysis of rental data and support for estimated market rents for the individual subject units reported below (including the adequacy of the comparables, rental concessions, etc.)

No rental concessions known to the appraiser; comparable rentals utilized in the analysis were the most similar available and are supportable of subject rents. The above comparable rentals are good indicators of what is current and fair market rent for the subject. The comps are rented apartments in multi-unit homes, like the subject.

**Rent Schedule:** The appraiser must reconcile the applicable indicated monthly market rents to provide an opinion of the market rent for each unit in the subject property.

| | Leases | | Actual Rent | | | Opinion Of Market Rent | | |
|---|---|---|---|---|---|---|---|---|
| | Lease Date | | Per Unit | | Total Rents | Per Unit | | Total Rents |
| Unit # | Begin Date | End Date | Unfurnished | Furnished | | Unfurnished | Furnished | |
| 1 | N/A | N/A | $ | N/A | $ | $  2600 | $  N/A | $  2600 |
| 2 | N/A | N/A | | N/A | | 3500 | N/A | 3500 |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

Comment on lease data  
No leases were made available to the appraiser.

| | | |
|---|---|---|
| Total Actual Monthly Rent | $ | Total Gross Monthly Rent | $ 6100 |
| Other Monthly Income (itemize) | $ | Other Monthly Income (itemize) | $ |
| Total Actual Monthly Income | $ | Total Estimated Monthly Income | $ 6100 |

Utilities included in estimated rents  ☐ Electric  ☒ Water  ☒ Sewer  ☐ Gas  ☐ Oil  ☐ Cable  ☒ Trash collection  ☒ Other (describe) Heat & Hot Water

Comments on actual or estimated rents and other monthly income (including personal property)

The rents are projected for full tenant occupancy and is for informational purposes only. Not applicable to the subject in its "as-is" condition.

☒ did  ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research  ☐ did  ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)  ACRIS

My research  ☐ did  ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)  ACRIS

Report the results of the research and analysis of the prior sale history of the subject property and comparable sales (report additional prior sales on page 4)

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | ACRIS | ACRIS | ACRIS | ACRIS |
| Effective Date of Data Source(s) | 10/30/2025 | 10/30/2025 | 10/30/2025 | 10/30/2025 |

Analysis of prior sale or transfer history of the subject property and comparable sales

This appraiser searches all available data sources for the prior sale history of the subject (3-years) and the comparables (1-year) as per current appraisal guidelines.

## Small Residential Income Property Appraisal Report

There are **23** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 600000 to $ 900000

There are **48** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 575000 to $ 900000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjustments | COMPARABLE SALE # 2 | +(-) $ Adjustments | COMPARABLE SALE # 3 | +(-) $ Adjustments |
|---|---|---|---|---|---|---|---|
| Address | 310 E 166th St, Bronx, NY 10456 | 944 Longwood Ave, Bronx | | 1033 Rev James Polite Ave, Bronx | | 889 E 169th St, Bronx | |
| Proximity to subject | | 1.18 miles SE | | 0.90 miles E | | 0.58 miles E | |
| Sales Price | $ | $ 520000 | | $ 521000 | | $ 575000 | |
| Sales Price/Gross Bldg Area | $ 0.00 sq. ft. | $ 206.35 sq. ft. | | $ 245.99 sq. ft. | | $ 252.19 sq. ft. | |
| Gross Monthly Rent | $ 6100 | $ 6000 | | $ 6000 | | $ 6000 | |
| Gross Rent Multiplier | | 87 | | 87 | | 96 | |
| Price Per Unit | $ 0.00 | $ 260000.00 | | $ 260500.00 | | $ 287500.00 | |
| Price Per Room | $ 0.00 | $ 43333.33 | | $ 47363.64 | | $ 47916.67 | |
| Price Per Bedroom | $ 0.00 | $ 86666.67 | | $ 104200.00 | | $ 95833.33 | |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | | ☐ Yes ☒ No | | ☐ Yes ☒ No | |
| Data Source(s) | | Propertyshark | | Propertyshark | | MLS#3330155 | |
| Verification Source(s) | | Comps Inc. | | ACRIS | | ACRIS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustments | DESCRIPTION | +(-) $ Adjustments | DESCRIPTION | +(-) $ Adjustments |
| Sales or Financing Concessions | | None | | REO | | REO | |
| | | DOM 45 | | DOM N/A | | DOM 1226 | |
| Date of Sale/Time | | 04/23/25 Clsd | | 08/19/24 Clsd | | 7/26/24 Clsd | |
| Location | Urban/Average | Urban/Average | | Urban/Average | | Urban/Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1015 SF | 2000 SF | -9900 | 1113 SF | -1000 | 1900 SF | -8900 |
| View | Neutral;Res | Neutral;Res | | Neutral;Res | | Neutral;Res | |
| Design (Style) | 3S/2F/Att | 3S/2F/Att | | 3S/2F/Att | | 3S/2F/Att | |
| Quality of Construction | Brick | Brick | | Brick | | Frame | 7500 |
| Actual Age | ±7 | 33 | | 20 | | 34 | |
| Condition | Avg/Fair | Avg/Fair | | Avg/Fair | | Avg | -70000 |
| Gross Building Area | 2280 | 2520 | -12000 | 2118 | 8100 | 2280 | |
| Unit Breakdown | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Unit # 1 | 4   2   1 | 4   2   1 | | 4   2   1 | | 4   2   1 | |
| Unit # 2 | 8   4   2 | 8   4   2 | | 7   3   2 | | 8   4   2 | |
| Unit # 3 | | | | | | | |
| Unit # 4 | | | | | | | |
| Basement Description | Full Basement | None | 35000 | Full Basement | | None | 35000 |
| Basement Finished Rooms | Finished | | | Finished | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Central/None | Central/None | | Central/None | | Central/None | |
| Energy Efficient Items | None | None | | None | | None | |
| Parking On/Off Site | None | None | | None | | None | |
| Porch/Patio/Deck | None | Patio | -3500 | Patio | -3500 | Patio | -3500 |
| Contract Date | | 04/25/2025 | -1900 | 08/19/2024 | 12500 | 12/2/2024 | -2100 |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 7700 | ☒ + ☐ - | $ 16100 | ☐ + ☒ - | $ -42000 |
| Adjusted Sale Price of Comparables | | Net Adj. 1.5 %  Gross Adj. 12.0 % | $ 527700 | Net Adj. 3.1 %  Gross Adj. 4.8 % | $ 537100 | Net Adj. 7.3 %  Gross Adj. 22.1 % | $ 533000 |
| Adj. Price Per Unit (Adj. SP Compl # of Comp Units) | | $ 263850.00 | | $ 268500.00 | | $ 266500.00 | |
| Adj. Price Per Room (Adj. SP Compl # of Comp Rooms) | | $ 43975.00 | | $ 48827.27 | | $ 44416.67 | |
| Adj. Price Per Bedrm (Adj. SP Compl # of Comp Bedrooms) | | $ 87950.00 | | $ 107420.00 | | $ 88833.33 | |
| Value Per Unit | $ 265000.00 X 2 Units = $ 530000 | | | Value Per GBA $ 235.00 X 2280 GBA = $ 535800 | | | |
| Value Per Rm. | $ 45000.00 X 12 Rooms = $ 540000 | | | Value Per Bdrms. $ 90000.00 X 6 Bdrms = $ 540000 | | | |

Summary of Sales Comparison Approach including reconciliation of the above indicators of value

*** See Additional Comments *** Comp 1 was sold "as-is" and without "interior access" and was purchased from an "on-line" auction as an REO purchase. Purchase price of comp 2 is as per the ACRIS recording date. The appraiser is not sure as to where the purchase price of $530,509 has been derived from. Comp 3 was re-listed for sale for $899,999 on 6/19/25. It is currently of TOM status. Time adjustments have been applied from contract date. It should be noted here that not all homes sell through the preferred multiple listing service in this market place. This is not an adverse factor. Median sales price for 8/24 was $830,000 for a 2.04% increase.

Indicated Value by Sales Comparison Approach $ 535000

Total gross monthly rent $ 6100 X gross rent multiplier (GRM) 90 = $ 549000 Indicated Value by the Income Approach

Comments on income approach including reconciliation of the GRM

GRM is considered a good secondary approach to value when appraising income producing properties.

Indicated Value by: Sales Comparison Approach $ 535000  Income Approach $ 549000  Cost Approach (if developed) $ 540272

After considering the three approaches, the appraiser has relied chiefly on the direct sales comparison analysis supported by the conclusions of the income and cost approaches to value. The cost approach to value is no longer a FNMA requirement for older vintage homes. It was developed for the use of the client/lender if needed. I have reconciled towards comp 1 in estimating subject's fair market value as this home was deemed to be in similar overall condition as the subject at the time of its purchase and was the most recent sale.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

*** See Additional Comments ***

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is

$ 535000 as of 10/30/2025 , which is the date of inspection and the effective date of this appraisal.

## Small Residential Income Property Appraisal Report

See additional comments addendum attached to this report...

**ADDITIONAL COMMENTS**

---

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

The Cost Approach to value is no longer required by lending institutions such as FHA/Fannie Mae for older dwellings. The Cost Approach was developed as per the clients request. It is becoming customary for lenders to use the appraiser's development of the cost approach to calculate the "insurable value" of the realty. Site value is typically estimated based on the Land Abstraction method.

| | | | |
|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ | 185000 |
| Source of cost data   Marshall & Swift | Dwelling   2280   Sq. Ft. @ $   210 | =$ | 478800 |
| Quality rating from cost service   Avg   Effective date of cost data   2025 | BSMT   760   Sq. Ft. @ $   55 | =$ | 41800 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | =$ | |
| Accrued depreciation for the subject is average as when compared to dwellings of equal age and architecture in the subject market area. The cost factors used in this report are based upon the square footage technique. Land value exceeding 30% of market value is common in this market place. See attached addendum for GLA calculations. | Garage/Carport   Sq. Ft. @ $ | =$ | |
| | Total Estimate of Cost-New | =$ | 520600 |
| | Less   Physical   Functional   External | | |
| | Depreciation   197828 | =$ ( | 197828 ) |
| | Depreciated Cost of Improvements | =$ | 322772 |
| | "As-is" Value of Site Improvements | =$ | 32500 |
| Estimated Remaining Economic Life (HUD and VA only)   30   Years | Indicated Value by Cost Approach | =$ | 540272 |

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes   ☐ No   Unit type(s)   ☐ Detached   ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

**PROJECT INFORMATION**

Legal Name of Project

Total number of phases    Total number of units    Total number of units sold

Total number of units rented    Total number of units for sale    Data source(s)

Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes   ☐ No   If Yes, date of conversion

Does the project contain any multi-dwelling units?   ☐ Yes   ☐ No   Data source(s)

Are the units, common elements, and recreation facilities complete?   ☐ Yes   ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes   ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities

## Small Residential Income Property Appraisal Report

This report form is designed to report an appraisal of a two- to four-unit property, including a two- to four-unit property in a planned unit development (PUD). A two- to four-unit property located in either a condominium or cooperative project requires the appraiser to inspect the project and complete the project information section of the Individual Condominium Unit Appraisal Report or the Individual Cooperative Interest Appraisal Report and attach it as an addendum to this report.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements, including each of the units. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Small Residential Income Property Appraisal Report



**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property, including all units. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison and income approaches to value. I have adequate market data to develop reliable sales comparison and income approaches to value for this appraisal assignment. I further certify that I considered the cost approach to value but did not develop it, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration,
the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the
inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Small Residential Income Property Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Tamer Degirmencioglu | Name |
| Company Name  B & E Appraisals | Company Name |
| Company Address  28 Lewis Pl | Company Address |
| New Rochelle        , NY    10804 | |
| Telephone Number  914-907-3680 | Telephone Number |
| Email Address  BEAppraisals@Aol.com | Email Address |
| Date of Signature and Report  October 31, 2025 | Date of Signature |
| Effective Date of Appraisal  10/30/2025 | State Certification # |
| State Certification #  ▇▇▇▇▇▇ | or State License # |
| or State License # | State |
| or Other (describe) _____ State # | Expiration Date of Certification or License |
| State  NY | |
| Expiration Date of Certification or License  11/18/2025 | SUBJECT PROPERTY |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did not inspect subject property |
| 310 E 166th St | ☐ Did inspect exterior of subject property from street |
| Bronx                , NY    10456 | Date of Inspection _____ |
| APPRAISED VALUE OF SUBJECT PROPERTY $  535000 | ☐ Did inspect interior and exterior of subject property |
| LENDER/CLIENT | Date of Inspection _____ |
| Name | |
| Company Name  Wells Fargo Bank NA | COMPARABLE SALES |
| Company Address  1801 Parkview Dr | ☐ Did not inspect exterior of comparable sales from street |
| Shoreview          , MN    55126 | ☐ Did inspect exterior of comparable sales from street |
| Email Address | Date of Inspection _____ |

## Small Residential Income Property Appraisal Report

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | |
|---|---|---|---|---|---|---|
| Address | 310 E 166th St Bronx, NY 10456 | 1241 Intervale Ave Bronx | | 1162 Franklin Ave Bronx | | |
| Proximity to subject | | 1.02 miles E | | 0.51 miles E | | |
| Sales Price | $ | $ 615000 | | $ 550000 | | $ |
| Sales Price/Gross Bldg Area | $ 0.00 sq. ft. | $ 269.74 sq. ft. | | $ 203.70 sq. ft. | | $ sq. ft. |
| Gross Monthly Rent | $ 6100 | $ 4800 | | $ 4800 | | $ |
| Gross Rent Multiplier | | 128.125000 | | 114.583333 | | |
| Price Per Unit | $ 0.00 | $ 307500.00 | | $ 275000.00 | | $ |
| Price Per Room | $ 0.00 | $ 51250.00 | | $ 45833.33 | | $ |
| Price Per Bedroom | $ 0.00 | $ 102500.00 | | $ 91666.67 | | $ |
| Rent Control | ☐ Yes  ☒ No | ☐ Yes  ☒ No | | ☐ Yes  ☒ No | | ☐ Yes  ☐ No |
| Data Source(s) | | MLS#6279355 | | MLS#6326966 | | |
| Verification Source(s) | | ACRIS | | ACRIS | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustments | DESCRIPTION | +(-) $ Adjustments | DESCRIPTION +(-) $ Adjustments |
| Sales or Financing Concessions | | Listing Comp DOM 267 | | Listing Comp DOM 1 | | |
| Date of Sale/Time | | 6/9/25 CD | -30800 | 09/10/24 CD | -27500 | |
| Location | Urban/Average | Urban/Average | | Urban/Average | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | |
| Site | 1015 SF | 1900 SF | -8900 | 1000 SF | | |
| View | Neutral;Res | Neutral;Res | | Neutral;Res | | |
| Design (Style) | 3St/2F/Att | 3St/2F/Att | | 3St/3F/S-Att | -7500 | |
| Quality of Construction | Brick | Frame | | Brick | | |
| Actual Age | 17 | 34 | | 20 | | |
| Condition | Avg/Fair | Avg/Fair | | Avg/Fair | | |
| Gross Building Area | 2280 | 2280 | | 2700 | -21000 | |
| Unit Breakdown | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths |
| Unit # 1 | 4   2   1 | 4   2   1 | | 4   2   1 | | |
| Unit # 2 | 8   4   2 | 8   4   2 | | 8   4   2 | | |
| Unit # 3 | | | | | | |
| Unit # 4 | | | | | | |
| Basement Description | Full Basement | Full Basement | | Full Basement | | |
| Basement Finished Rooms | Finished | Finished | | Finished | | |
| Functional Utility | Average | Average | | Average | | |
| Heating/Cooling | Central/None | Central/Indv. | | Central/Indv. | | |
| Energy Efficient Items | None | None | | None | | |
| Parking On/Off Site | None | Pad Parking | -2500 | Pad Parking | | |
| Porch/Patio/Deck | None | Patio | -3500 | None | | |
| Contract Date | | | | | | |
| Net Adjustment (Total) | | ☐ +  ☒ - | $ -45700 | ☐ +  ☒ - | $ -56000 | ☐ +  ☐ -   $ |
| Adjusted Sale Price of Comparables | | Net Adj.   7.4 % Gross Adj.   7.4 % | $ 569300 | Net Adj.   10.2 % Gross Adj.   10.2 % | $ 494000 | Net Adj.   % Gross Adj.   %   $ |
| Adj. Price Per Unit   (Adj. SP Comp/ # of Comp Units) | | $ 284650.00 | | $ 247000.00 | | $ |
| Adj. Price Per Room   (Adj. SP Comp/ # of Comp Rooms) | | $ 47441.67 | | $ 41166.67 | | $ |
| Adj. Price Per Bedrm   (Adj. SP Comp/ # of Comp Bedrooms) | | $ 94883.33 | | $ 82333.33 | | $ |

Summary of Sales Comparison Approach

Listing comps were adjusted at 5% of their current asking price to reflect their anticipated purchase price. Comp 4 is an REO sale being sold as-is; comp 5 is a short-sale. Both assumed to be in similar overall condition as the subject.

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | ACRIS | ACRIS | ACRIS | |
| Effective Date of Data Source(s) | 10/30/2025 | 10/30/2025 | 10/30/2025 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

## Small Residential Income Property Appraisal Report

| FEATURE | SUBJECT | COMPARABLE RENTAL # 4 | | COMPARABLE RENTAL # 5 | | COMPARABLE RENTAL # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 310 E 166th St Bronx NY 10456 | | | | | | |
| Proximity to subject | | | | | | | |
| Current Monthly Rent | $ | | $ | | $ | | $ |
| Rent/Gross Bldg. Area | $ 0.00 sq. ft. | | $ sq. ft. | | $ sq. ft. | | $ sq. ft. |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☐ No | | ☐ Yes ☐ No | | ☐ Yes ☐ No | |
| Data Source(s) | Inspection | | | | | | |
| Date of Lease(s) | N/A | | | | | | |
| Location | Urban/Average | | | | | | |
| Actual Age | 17 | | | | | | |
| Condition | Avg/Fair | | | | | | |
| Gross Building Area | 2280 | | | | | | |

| Unit Breakdown | Rm Count | | | Size Sq. Ft. | Rm Count | | | Size Sq. Ft. | Monthly Rent | Rm Count | | | Size Sq. Ft. | Monthly Rent | Rm Count | | | Size Sq. Ft. | Monthly Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tot | Br | Ba | | Tot | Br | Ba | | | Tot | Br | Ba | | | Tot | Br | Ba | | |
| Unit # 1 | 4 | 2 | 1 | 760 | | | | | $ | | | | | $ | | | | | $ |
| Unit # 2 | 8 | 4 | 2 | 1520 | | | | | $ | | | | | $ | | | | | $ |
| Unit # 3 | | | | | | | | | $ | | | | | $ | | | | | $ |
| Unit # 4 | | | | | | | | | $ | | | | | $ | | | | | $ |
| Utilities Included | None | | | | | | | | | | | | | | | | | | |

Analysis of rental data and support for estimated market rents for the individual subject units reported below (including the adequacy of the comparables, rental concessions, etc.)

TEXT ADDENDUM

| Borrower/Client | Geovanny Lazala | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 310 E 166th St | | | | | | |
| City | Bronx | | County | Bronx | State | NY | Zip Code | 10456 |
| Lender | Wells Fargo Bank NA, | | | | | | |

SCOPE OF THE APPRAISAL
I have been hired to provide my opinion of market value of the subject realty and nothing else:

My market value opinion is unbiased and is based upon a thorough market analysis, using mainly homes that have been listed & sold via the local multiple listing service, as this data set is most extensive in providing a credible market value opinion. It is also used as a primary valuation medium by other RE professionals and market participants. It is my expert opinion that data sources, such as Realist & Realquest, do not provide a detailed description of a comparable and should only be used as a secondary data source if/when needed. Providing sales data to the appraiser from data sources other than the local MLS should only be done after a detailed analysis as the said data will be, more than likely, not arms length.

SCOPE OF WORK:

This is an exterior only appraisal assignment as requested by the client on a interior appraisal form. No interior inspection has been conducted.

The scope of work on page 5 has been overwritten. The following SCOPE OF WORK APPLIES:

The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

Appraiser's Certification item #2 has been overwritten on page 6.

The following certification(s) applies:

#2 - I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

As per the Scope of Work, the appraiser uses all available data sources, such as any historical MLS listings, a visual inspection of the property from the exterior, data provided by the client in the form of "travel with Documents", assessors records, and property cards as available in many municipalities in order to gather adequate information to provide the client with an market value opinion of the property being appraised.

This valuation is prepared for the client for informational purposes only to provide an "as-is" market value opinion. The appraisal is for this client only, Wells Fargo Bank, NA. No other users for this report have been identified.

There is a DOB vacate order on this property due to the damage caused by a collapsed retaining wall (Note: The retaining wall, assuming the one in question, appeared to have been repaired by the property owner of 1055 Findlay Ave. However, the damage caused to the homes 310-318 E 166th Street, have not yet been addressed. I will address this further in the report.

The following is from the DOB web site. NOTE: This is public knowledge and can be also obtained by the reader of this report using the following web site NYC.GOV.

"Last Inspection: 11/27/2018 - - BY BADGE # 2418 Disposition: 02/05/2020 - Y3 - PARTIAL VACATE ORDER ISSUED DOB Violation #: 112618CERCM06 ECB Violation #: 35374679J Comments: Y-3, RIGHT SIDE RETAINING WALL COLLAPSED AFFECTING REAR YARDS OF 310, 312, 314, 316, 318 EAST 166 STREET. VACATE REAR AND RIGHT SIDE YARDS".

As of the date of the current appraisal and DOB records, it does not appear that the violation has been remedied. This was also true for 312 E 166th St (next door to the subject). However, a review of the DOB records for 1055 Findlay Ave is showing that the same violation has been resolved and dismissed.

MARKET CONDITIONS
I have been closely monitoring the effects of the high interest rates that have been implemented to slow down the current rate of inflation on the real estate markets.

As of the date of this appraisal there does not appear to be a negative reaction to the current interest rate increases. However, real estate markets are cyclical and historical data indicates that an increase in interest rates tend to have an effect on these markets. Diligent monitoring of the markets during such periods is pertinent to achieve credible results.

Due to lack of inventory, the RE market in the region is still being driven by a "sellers market". This is not an adverse factor.

Statistical analysis of market conditions has been prepared as per the current Fannie Mae guidelines. They are shown in the addendum pages of the report.

Market/Time adjustment commentary: Please see attached addendum for the market adjustment methodology as suggested by Fannie Mae.

HIGHEST AND BEST USE
AS VACANT: A residential dwelling conforming to all applicable zoning and building codes

AS IMPROVED: It is my opinion that the existing residential improvements significantly contribute to the overall property value and marketability. In addition, the site layout and location is not ideally suited for any use other than residential under the current zoning ordinance. Therefore, after applying all of the highest and best use tests, I have concluded that the highest and best use of the subject property "as improved" is its present use.

ADVERSE SITE CONDITIONS
Site average with no apparent adverse conditions, easements or encroachments noted or observed at time of inspection. The subject is situated on a block with multiple dwellings. This is a fabric of this market area. Some minor external obsolescence is anticipated.

CONDITION OF THE IMPROVEMENTS
I have performed an interior inspection of this home on 3/21/2021 for the client. The information provided below as well as the interior/rear photos of the home are from this inspection. I have used the extraordinary assumption rule that the conditions observed during this information still persist

***CONTINUED ON NEXT PAGE***

TEXT ADDENDUM

| Borrower/Client | Geovanny Lazala | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 310 E 186th St | | | | | | |
| City | Bronx | County | Bronx | State | NY | Zip Code | 10456 |
| Lender | Wells Fargo Bank NA | | | | | | |

unless another interior inspection is performed (highly suggested).

An extraordinary assumption is defined as an assignment specific assumption, as of the effective date of the uncertain information used In an analysis which, if found to be false, could alter the appraisers opinions or conclusions. (USPAP 2020-21)

The first floor of the subject was occupied. The appraiser was informed that this is a non-performing tenant who is in the process of being evicted. The basement, which is being currently used as livable space and appeared to be occupied by a tenant, is contrary to its legal use as per the current certificate of occupancy. The basement needs to be converted to its intended use, to a recreation room.

-The first floor (unit 1) of the subject appeared to be well maintained. The apartment was generally in average overall condition with normal upkeep. The occupant of the unit was in the process of painting the apartment at the time of the appraisal inspection.

-The second and 3rd floors of the dwelling (unit 2),was vacant. There was evidence that the said space was vacant for a long period time. There was evidence of roof leak(s) in multiple locations, evidence of mold, as well as lack of updating. It is typical for the perspective buyer, who will be more then likely a "flip company", to gut renovate this space in this market place. I will estimate my cost to cure based on this premise.

-The collapsed retaining wall, now repaired, has caused substantial damage, mainly by the erosion of "dirt and concrete" between the rear of the said row of 5-buildings (including the subject). The appraiser is not sure as to what happened to the displaced dirt, but one can surmise that it was "removed & carted away" by the ownership of 1055 Findlay Ave during the reconstruction of the retaining wall. It has been my experience that, since all 5 of the homes have been effected by the collapsed wall, and all of these said homes currently have the same violation and vacate order, that the construction project would/should be a cumulative effort. This would likely be the more prudent action and be the most cost effective. However, without the cooperation of all five property owners, it would be highly speculative if/when this can be accomplished. Therefore, I will provide a cost to cure estimate for the subject property only. Without the participation of the rest of the home owners, which would be to backfill this space with dirt, compact it down, and pour concrete over, the cure would involve the erection of a concrete wall between the subject and 312 E 186th Street; the next door property, along with the back fill and the concrete "patio" area. The said space is estimated to be 110 SF, 880 CF. concrete wall would be 8' H x 4' W. Fencing would be required, mainly for safety, around the perimeter of the "patio" area, to prevent from "falling" over the retaining wall. A 6' high chain link fencing is recommended. The estimated length of the fencing would be around 24' (back and side).

| | |
|---|---|
| Concrete Block Wall : | $1,077 |
| Backfill: | 2,452 |
| Concrete Patio: | 2,109 |
| Fencing: | 747 |
| Total: | $5,385 |

The cost to "gut renovate" 2nd & 3rd floors, using average quality materials and finishing and would include two full baths and a kitchens, along with any plumbing and electrical work, is estimate to be around 550/SF or 1,520 SF @ $50/SF = $76,000. The flooring was intact and does not need to be replaced. NOTE: Since it would be extremely difficult to itemize the cost of repairs, including mold remediation costs, it is deemed prudent to provide a cost estimate to completely renovate the said space due to the extent of damage observed by the appraiser.

| | |
|---|---|
| Roof: | $3,568 |
| Basement: | $1,500 (removal of the kitchen and replace the damaged walls. Not sure if the bathroom needs to be removed. The DOB should be consulted for further action.) |

| | |
|---|---|
| Total estimated cost of repairs is: | $87,453 |
| Estimated Contingency Cost 7% | 6,121 |
| Estimated Carrying Cost During Renv. | 8,700 |
| Total Renovation Cost | $102,274 |
| Inflationary Trend Consideratio | $ 25,000 |
| Rounded | $125,000 |

NOTE: For my cost to cure estimates I have consulted several on line estimation sites as well as my own experience.  All estimates include labor and materials.  Estimates for the yard repair work at the high end due to lack of access to this space would undoubtedly increase labor costs.

THE APPRAISER IS NOT A CONTRACTOR OR AN ARCHITECT. BOTH ENTITIES SHOULD BE CONSULTED FOR A MORE ACCURATE COST TO CURE ESTIMATE. IT IS TYPICAL IN THIS MARKET PLACE TO OBTAIN SEVERAL WRITTEN ESTIMATES FROM LICENSED CONTRACTORS PRIOR TO COMMITTING TO A RENOVATION PROJECT.

**EFFECTIVE AGE: The large difference in effective age is due to the first floor of the home being in average overall condition and the 2nd & 3rd levels having reached or being near its economic (useful) age.

NOTE: I have attempted to obtain a visual of the rear of the home in order to ascertain if the damage caused by the collapsed retaining wall was repaired since my last inspection of the home. Although the view is limited, the rear of these homes can be seen from over a fence located along Findlay Ave.  It did not appear that any further work was done to any of the homes, and as far as I can tell, not to the subject.

SALES COMPARISON
Comparables were culled from multiple transfers within the past 12 months to reflect current market conditions. Comparables selected were deemed best available at time of appraisal. Interior information was procured from local brokers. The estimated fair market value for the subject is properly bracketed by the multipliers from the comparable sales provided.  GBA adjusted at $50/SF. Lot size adjusted at $1000/.01 Acre. All comps have similar multi-family dwelling influence on their block or near-by.

There are very few bona fide 2-family home sales in this market place at this time of meeting subject's overall condition and vintage.

Adjustments applied, other then the condition adjustment for comps 2-6, were estimated from typical buyer reaction to the said items. The condition adjustment has been based on appraiser's cost to cure estimates.

CONDITIONS OF THE APPRAISAL
The appraisal report was transmitted by E-Mail and has been signed using a digital signature(s). It is digitally secured and password protected and can only be revised by the signee.

This appraisal assignment was not based on requested minimum valuation, specific valuation or approval of a loan.

This appraisal is in compliance with the Home Valuation Code of Conduct (HVCC) that has been effective as of May 1, 2009.

**The Intended User of this appraisal report is the Lender/Client. No additional intended Users are identified by the appraiser. The Intended Use is to evaluate the property that is the subject of this appraisal in its "as-is" overall condition, to establish its fair market value for a possible foreclosure or short sale proceedings. subject to the stated Scope of Work.  purpose of the appraisal, reporting requirements of this appraisal report form. and the Definition of Market Value. "

***CONTINUED ON NEXT PAGE***

## TEXT ADDENDUM

| | |
|---|---|
| Borrower/Client | Geovanny Lazala |
| Property Address | 310 E 166th St |
| City | Bronx |
| County | Bronx |
| State | NY |
| Zip Code | 10456 |
| Lender | Wells Fargo Bank NA |

Subject data is collected from statements of the client and/or owner, public records, and Multiple Listing Service (MLS) as available.  The physical inspection includes observation of general building materials and conditions for comparison only, but does not include the type of investigation normally performed by property inspectors, environmental assessors, pest and termite inspectors, and other such experts.  Any such problems UNDISCLOSED to the appraiser are to be considered conditions of this report, and the appraiser reserves the right to modify the value opinion upon discovery or disclosure.

The "cost to cure" estimates in this report are based on public data sources, such as Marshall & Swift cost manual & Homewyse on-line cost estimator, and is for informational purposes only. The client is encouraged to engage qualified and licensed individuals in each trade, or hire a contractor, to obtain several written estimates for a more accurate cost to repair the said items.

## Market Conditions Addendum to the Appraisal Report

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood.
This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 310 E 166th St | City Bronx | State NY | ZIP Code 10456 |
|---|---|---|---|---|

Borrower  Geovanny Lazala

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| MARKET RESEARCH & ANALYSIS | Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|---|
| | Total # of Comparable Sales (Settled) | 27 | 10 | 11 | ☐ Increasing | ☒ Stable | ☐ Declining |
| | Absorption Rate (Total Sales/Months) | 4.50 | 3.33 | 3.67 | ☐ Increasing | ☒ Stable | ☐ Declining |
| | Total # of Comparable Active Listings | 11 | 10 | 23 | ☐ Declining | ☒ Stable | ☐ Increasing |
| | Months of Housing Supply (Total Listings/Ab.Rate) | 2.44 | 3.00 | 6.27 | ☐ Declining | ☒ Stable | ☒ Increasing |
| | Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| | Median Comparable Sale Price | 780000 | 827600 | 753000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| | Median Comparable Sales Days on Market | 31 | 31 | 87 | ☐ Declining | ☒ Stable | ☐ Increasing |
| | Median Comparable List Price | 849000 | 797000 | 849000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| | Median Comparable Listings Days on Market | 267 | 265 | 59 | ☐ Declining | ☒ Stable | ☐ Increasing |
| | Median Sale Price as % of List Price | | | | ☐ Increasing | ☒ Stable | ☐ Declining |
| | Seller-(developer, builder, etc.) paid financial assistance prevalent? | ☐ Yes ☒ No | | | ☐ Increasing | ☒ Stable | ☐ Declining |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).

Seller concessions are not prevalent in this market area. They are offered on a "spot" basis as a marketing tool to assist first time home owner with the closing costs.

Are foreclosure sales (REO sales) a factor in the market?  ☐ Yes  ☒ No  If yes, explain (including the trends in listings and sales of foreclosed properties).

Cite data sources for above information.

MLS. The search criteria is southwest quadrant of Bronx for all 2-family dwellings.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

Stable market is indicated. The statistical accuracy of the 1004MC is usually increased with the number of samples. The form has been sunsetted by Fannie Mae. Not sure why the client is requesting this form as it has been established that very little information can be extracted from this statistical analysis.

| CONDO/CO-OP PROJECTS | If the subject is a unit in a condominium or cooperative project, complete the following: | | | Project Name: | | | |
|---|---|---|---|---|---|---|---|
| | Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| | Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| | Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| | Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| | Months of Unit Supply (Total Listings/Ab. Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| | Are foreclosure sales (REO sales) a factor in the project?  ☐ Yes  ☐ No  If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties. | | | | | | |

Summarize the above trends and address the impact on the subject unit and project.

| APPRAISER | | SUPERVISORY APPRAISER |
|---|---|---|
| Signature | | Signature |
| Appraiser Name  Tamer Degirmencioglu | | Supervisory Appraiser Name |
| Company Name  B & E Appraisals | | Company Name |
| Company Address  28 Lewis Pl | | Company Address |
| State License/Certification # ▨ State NY | | State License/Certification # ___ State ___ |
| Email Address  BEAppraisals@Aol.com | | Email Address |

SUBJECT PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Client Geovanny Lazala | |
| Property Address 310 E 166th St | |
| City Bronx | County Bronx    State NY    Zip Code 10456 |
| Lender Wells Fargo Bank NA | |



**FRONT OF SUBJECT PROPERTY**



**REAR OF SUBJECT PROPERTY**



**STREET SCENE**

## COMPARABLES PHOTOGRAPH ADDENDUM

Borrower/Client   Geovanny Lazala
Property Address   310 E 166th St
City   Bronx                County   Bronx        State   NY   Zip Code   10456
Lender   Wells Fargo Bank NA



**Comparable Sale 1**

944 Longwood Ave

Bronx

Date of Sale:   04/23/25 Clsd

Sale Price:   520000

Sq. Ft.:

S / Sq. Ft.:



**Comparable Sale 2**

1033 Rev James Polite Ave

Bronx

Date of Sale:   08/19/24 Clsd

Sale Price:   521000

Sq. Ft.:

S / Sq. Ft.:



**Comparable Sale 3**

889 E 169th St

Bronx

## COMPARABLES PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Client | Geovanny Lazala |
| Property Address | 310 E 166th St |
| City Bronx | County Bronx    State NY    Zip Code 10456 |
| Lender | Wells Fargo Bank NA |



**Comparable Sale 4**

1241 Intervale Ave

Bronx

Date of Sale: 6/9/25 CD

Sale Price: 615000

Sq. Ft.:

$ / Sq. Ft.:



**Comparable Sale 5**

1162 Franklin Ave

Bronx

Date of Sale: 09/10/24 CD

Sale Price: 550000

Sq. Ft.:

$ / Sq. Ft.:

**Comparable Sale 6**

LOCATION MAP ADDENDUM

| | |
|---|---|
| Borrower/Client | Geovanny Lazala |
| Property Address | 310 E 166th St |
| City | Bronx | County Bronx | State NY | Zip Code 10456 |
| Lender | Wells Fargo Bank NA |



| | |
|---|---|
| Borrower/Client | Geovanny Lazala |
| Property Address | 310 E 166th St |
| City Bronx | County Bronx    State NY    Zip Code 10456 |
| Lender | Wells Fargo Bank NA |

| Borrower/Client | Geovanny Lazala | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 310 E 166th St | | | | | |
| City | Bronx | County | Bronx | State | NY | Zip Code 10456 |
| Lender | Wells Fargo Bank NA | | | | | |

| Borrower/Client | Geovanny Lazala |
|---|---|
| Property Address | 310 E 166th St |

City  Bronx    County  Bronx    State  NY    Zip Code  10456

Lender  Wells Fargo Bank NA

**STATE OF NEW YORK**
**STATE BOARD OF REAL PROPERTY SERVICES**

# RP - 5217NYC

EN POLITE AVE    BRONX    10459

EDWARD

| Borrower/Client | Geovanny Lazala | | | | |
|---|---|---|---|---|---|
| Property Address | 310 E 166th St | | | | |
| City | Bronx | County | Bronx | State NY | Zip Code 10456 |
| Lender | Wells Fargo Bank NA | | | | |

## USPAP Compliance Addendum

| Borrower/Client | Geovanny Lazala | | | |
|---|---|---|---|---|
| Property Address | 310 E 166th St | | | |
| City | Bronx | County Bronx | State NY | Zip Code 10456 |
| Lender/Client | Wells Fargo Bank NA | | | |

### APPRAISAL AND REPORT IDENTIFICATION

[X] Appraisal Report

Restricted Appraisal Report

### ADDITIONAL CERTIFICATIONS

### PRIOR SERVICES

[X] 

### PROPERTY INSPECTION

[X] 

### APPRAISAL ASSISTANCE

### ADDITIONAL COMMENTS

I have performed no valuation services for the same client within the prior 3-years, or 5-24-2025. I have performed an appraisal service(s) as an appraiser, but I have performed no other services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

### MARKETING TIME AND EXPOSURE TIME FOR THE SUBJECT PROPERTY

[X] ... 90-120

[X] ... 30-60

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name Demir Dogantimurloglu | Name |
| Date of Signature ... 2024 | Date of Signature |
| State Certification # | State Certification # |
| or State License # | or State License # |
| State NY | State |
| Expiration Date of Certification or License    11-13-2025 | Expiration Date of Certification or License |
| Effective Date of Appraisal    10-10-2024 | |

B & E Appraisals

AI Ready PDF Generated on 10/31/2025 8:35:44 AM