# EXHIBIT H

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In Re:

Geovanny Lazala

                      Debtor.

_____

Case No.: 25-12787-jpm
(Chapter 13)

Assigned to:
Hon. John P. Mastando,III
Bankruptcy Judge

## *IN-REM* ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

      Upon the motion of Wells Fargo Home Mortgage, as servicing agent for Wells Fargo Bank, N.A., (the "Movant") dated January 7, 2026, 2025 (the "Motion"), for an order pursuant to 11 U.S.C. §362(a), lifting and vacating the automatic stay with respect to the property located at 310 East 166th Street, Bronx, NY 10456 (the "Property"), and the Motion having come before this Court February 26, 2026, at which counsel for Movant appeared, and there being no opposition to the Motion, it is hereby

      **ORDERED** that the automatic stay in effect pursuant to 11 U.S.C. section 362(a), is hereby terminated pursuant to 11 U.S.C. §105(a) and § 362(d)(4)(B) granting *in rem* relief as to the Property, as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Property and it is further

      **ORDERED** that the automatic stay under 11 U.S.C. § 362(a) is terminated pursuant to 11 U.S.C. § 362(d)(4)(B) as to Movant's interest in the Property such that if this Order is recorded in compliance with applicable State laws governing notices of interests or liens in real property, it shall be binding in any other case filed by any party under the Bankruptcy Code purporting to affect the Property that is filed not later than 2 years after the date of entry of this Order; and it is further

      **ORDERED**, that the Trustee retain any and all interest that said Trustee may have in any surplus monies that may be produced from a foreclosure sale of the property, and will be noticed of any such sale of the property and surplus money proceedings; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Bronx County Clerk is hereby directed to record a certified copy of this Order upon the payment of its requisite and lawful fees and index same against the premises known as 310 East 166th Street, Bronx, NY 10456, Block 2433/Lot 20. A Copy of the legal description is attached hereto as **Exhibit 'A'**.

# EXHIBIT A

**Schedule A Description**

Title Number ███                                                                  Page  4

ALL that certain plot, piece or parcel of land, situate, lying and being in the County of the Bronx, State of New York, bounded and described as follows:

BEGINNING at a point 79.78 feet westerly from the westerly side of Findlay Avenue along the southerly side of East 166th Street;

RUNNING THENCE southerly, at right angle the last course and parallel to Findlay Avenue, and partially through a party wall, 51 feet to a point;

THENCE westerly, at right angle to the last course and parallel to East 166th Street, 19.94 feet to a point;

THENCE northerly, at right angle to the last course and parallel to Findlay Avenue, 51 feet to a point;

THENCE easterly, at right angle to the last course and parallel to East 166th Street, 19.94 feet to the point or place of BEGINNING.