# EXHIBIT I

## Schedule A Description

Title Number: ███████                                                                 Page 1

ALL that certain plot, piece or parcel of land, situate, lying and being in the County of the Bronx, State of New York, bounded and described as follows:

BEGINNING at a point 79.76 feet westerly from the westerly side of Findlay Avenue along the southerly side of East 166th Street;

RUNNING THENCE southerly, at right angle the last course and parallel to Findlay Avenue, and partially through a party wall, 51 feet to a point;

THENCE westerly, at right angle to the last course and parallel to East 166th Street, 19.94 feet to a point;

THENCE northerly, at right angle to the last course and parallel to Findlay Avenue, 51 feet to a point;

THENCE easterly, at right angle to the last course and parallel to East 166th Street, 19.94 feet to the point or place of BEGINNING.