UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**CERTIFICATE OF SERVICE**

In re:

Case No.: 25-12787-jpm

Geovanny Lazala

(Chapter 13)

Debtor

Assigned to:
Hon. John P. Mastando, III
Bankruptcy Judge

-----------------------------------------------------------------

I, Richard Godzik, certify that on January 8, 2026, I caused to be served, a true copy of the Motion For Relief From Stay on the following parties as indicated below.

| Name and Address of Party Served | Mode of Service |
|---|---|
| Geovanny Lazala<br>310 E 166 St Apt 2<br>Bronx, NY 10456 | ☒ First class mail via USPS<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (**NYSCEF**)<br>☐ United Parcel Service<br>☐ FedEX |
| United States Trustee<br>Office of the United States Trustee-NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408 | ☒ First class mail via USPS<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (**NYSCEF**)<br>☐ United Parcel Service<br>☐ FedEX |
| Thomas C. Frost<br>Chapter 13 Standing Trustee<br>399 Knollwood Rd<br>White Plains, NY 10603 | ☒ First class mail via USPS<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (**NYSCEF**)<br>☐ United Parcel Service<br>☐ FedEX |

    /s/Richard Godzik
Richard Godzik
Legal Assistant